<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
KENNETH T. VAIL,                  )
                                  ) Civil Action
            Plaintiff             ) No. 2002-CV-02933
                                  )
      vs.                         )
                                  )
HARLEYSVILLE GROUP, INC.,         )
                                  )
            Defendant             )
```

<u>O R D E R</u>

NOW, this 30th day of September, 2003, upon consideration of Defendant's Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(6), which motion was filed May 21, 2002; upon consideration of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss filed June 10, 2002; and for the reasons expressed in the accompanying Opinion,

<u>IT IS ORDERED</u> that defendant's motion to dismiss is denied.

<u>IT IS FURTHER ORDERED</u> that defendant shall have until on or before October 24, 2003 to file an answer to plaintiff's Complaint.

BY THE COURT:


James Knoll Gardner
United States District Judge