```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

KENNETH T. VAIL,              )
                                         ) Civil Action
        Plaintiff      ) No. 02-CV-02933
                                         )
    vs.                       )
                                         )
HARLEYSVILLE GROUP, INC.,     )
                                         )
        Defendant      )

## REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 22nd day of December, 2003,

<u>        IT IS ORDERED</u> that the within matter is referred to United States Magistrate Judge Arnold C. Rapoport to schedule and conduct a settlement conference.

By:

_____
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone: (610) 434-3457