IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH T. VAIL,        :<br>                             :<br>        Plaintiff         :<br>                             :<br>v.                           :<br>                             :<br>HARLEYSVILLE GROUP, INC., :<br>                             :<br>        Defendant         :<br>                             : | No. 02-CV-2933<br><br><br><br><br><br>JURY TRIAL DEMANDED<br><br>Electronically Filed |

**DEFENDANT HARLEYSVILLE GROUP, INC.'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Local Rule 7.1 and this Court's February 3, 2004 Rule 16 Status Conference Order, Defendant Harleysville Group, Inc., by and through its undersigned counsel, hereby moves for Summary Judgment in its favor on all Counts of Plaintiff's Complaint and in support thereof submits the attached Memorandum of Law and Statement of Undisputed Material Facts.

Respectfully submitted by:

BLANK ROME LLP

/s/ Anthony B. Haller
Anthony B, Haller, Esquire (PA 37017)
Julie E. Reid, Esquire (PA 89848)
One Logan Square
Philadelphia, PA 19103
(215) 569-5690
(215) 832-5690 (facsimile)

Attorneys for Defendant
Harleysville Group, Inc.

Dated: July 15, 2004

120113.00201/21289918v1