IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH T. VAIL,<br><br>    Plaintiff<br><br>v.<br><br>HARLEYSVILLE GROUP, INC.,<br><br>    Defendant | :<br>:  No. 02-CV-2933<br>:<br>:<br>:<br>:<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>   Electronically Filed |

## ORDER

AND NOW, this ____ day of _____, 2004, upon consideration of Defendant's Motion for Summary Judgment, supporting Memorandum of Law, Statement of Undisputed Material Facts, and attached deposition testimony and exhibits and plaintiff's response thereto, and having determined that there exist no genuine issues of material fact and that Defendant is entitled to judgment as a matter of law, it is hereby ORDERED that Defendant's Motion is GRANTED, and judgment is entered in favor of Defendant on all Counts of the Complaint.

BY THE COURT:

_____
JAMES KNOLL GARDNER
UNITED STATES DISTRICT JUDGE

120113.00201/21289917v1