**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KENNETH T. VAIL, | : | |
| | : | No. 02-CV-2933 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| HARLEYSVILLE GROUP, INC., | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant | : | |
| | | Electronically Filed |

**DEFENDANT HARLEYSVILLE GROUP, INC.'S REQUEST FOR
ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1, Defendant Harleysville Group, Inc., by and through its

undersigned counsel, hereby requests oral argument on its Motion for Summary Judgment to be

heard at a date and time to be set by the Court.

Respectfully submitted by:

BLANK ROME LLP

/s/ Anthony B. Haller_____
Anthony B, Haller, Esquire (PA 37017)
Julie E. Reid, Esquire (PA 89848)
One Logan Square
Philadelphia, PA 19103
(215) 569-5690
(215) 832-5690 (facsimile)

Attorneys for Defendant
Dated:  July 15, 2004                    Harleysville Group, Inc.