IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH T. VAIL, | : | |
| | : | No. 02-CV-2933 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| HARLEYSVILLE GROUP, INC., | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant | : | Electronically Filed |

**APPENDIX OF EXHIBITS TO DEFENDANT**
**HARLEYSVILLE GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT**

BLANK ROME LLP

Anthony B, Haller, Esquire (PA 37017)
Julie E. Reid, Esquire (PA 89848)
One Logan Square
Philadelphia, PA 19103
(215) 569-5690
(215) 832-5690 (facsimile)

Attorneys for Defendant
Harleysville Group, Inc.

Dated:  July 15, 2004

## TABLE OF CONTENTS OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Relevant Portions of Kenneth Vail's Deposition Transcript |
| B | Relevant Portions of Gary Weinstein's Deposition Transcript |
| C | Relevant Portions of Alice Geckeler's Deposition Transcript |
| D | Harleysville website materials |
| E | Relevant Portions of Harleysville's Employee Manual (Exhibit 11 of Kenneth Vail's Deposition) |
| F | Loss Control Regional Manager Job Description (Exhibit 9 of Kenneth Vail's Deposition) |
| G | May 1, 2000 email from Gary Weinstein to Kenneth Vail and May 2, 2000 email from Kenneth Vail to Gary Weinstein (Exhibit 12 of Kenneth Vail's Deposition) |
| H | June 12, 2000 email from Kenneth Vail to Gary Weinstein and Alice Geckeler (Exhibit 13 of Kenneth Vail's Deposition) |
| I | July 15, 2000 email from Gary Weinstein to Kenneth Vail and July 20, 2000 email from Kenneth Vail to Gary Weinstein (Exhibit 19 of Kenneth Vail's Deposition) |
| J | June 21, 2000 email from Gary Weinstein to Kenneth Vail (Exhibit 14 of Kenneth Vail's Deposition) |
| K | July 18, 2000 email from Gary Weinstein to Kenneth Vail (Exhibit 18 of Kenneth Vail's Deposition) |
| L | July 26, 2000 email from Gary Weinstein to Kenneth Vail (Exhibit 21 of Kenneth Vail's Deposition) |
| M | Verified Statement of Alice Geckeler |
| N | October 6, 2000 letter from Donna M. Dever to Donald P. Russo |
| O | Complaint filed in Kenneth Vail's personal injury litigation against Peter T. Gill (Exhibit 30 of Kenneth Vail's Deposition) |

120113.00201/21289925v2

| EXHIBIT | DESCRIPTION |
|---|---|
| P | General Release executed by Kenneth and Pamela Vail regarding the personal injury litigation against Peter T. Gill (Exhibit 31 of Kenneth Vail's Deposition) |
| Q | January 10, 2002 letter from St. Luke's Hospital and Health Network to Kenneth Vail (Exhibit 6 of Kenneth Vail's Deposition) |
| R | Kenneth Vail's October 18, 2001 Application for Employment at St. Luke's Hospital and Health Network (Exhibit 7 of Kenneth Vail's Deposition) |
| S | Relevant Documents Produced by Lehigh Valley Home Care Pursuant to Subpoena |
| T | June 22, 2000 email from Kenneth Vail to Gary Weinstein and Alice Geckeler (Exhibit 15 of Kenneth Vail's Deposition) |
| U | June 26, 2000 letter from Kenneth Vail to J. Spence Reid, M.D. (Exhibit 16 of Kenneth Vail's Deposition) |
| V | July 6, 2000 Disability Record Form submitted by J. Spence Reid, M.D. to Harleysville (Exhibit 17 of Kenneth Vail's Deposition) |
| W | August 10, 2000 email from Kenneth Vail to Gary Weinstein |
| X | August 3, 2000 and August 9, 2000 return-to-work notes signed by J. Spence Reid, M.D.  (Exhibits 23 and 24 of Kenneth Vail's Deposition) |
| Y | Relevant Documents Produced by Penn State – Hershey Medical Center Pursuant to Subpoena |
| Z | Relevant Documents Produced by Muhlenberg Hospital Center Pursuant to Subpoena |
| AA | Unreported Cases:  *Hoffman v. Potter*, Civil Action No. 02-3678, 2004 U.S. Dist. LEXIS 6355 (E.D. Pa. March 2, 2004) and *Yudkovitz v. Bell Atlantic Corp.*, Civil Action No. 02-CV-3029, 2004 U.S. Dist. LEXIS 1165 (E.D. Pa. January 12, 2004) |

120113.00201/21289925v2