# EXHIBITS U - Z

**EXHIBIT U**

Kenneth T. Vail
4513 Greenfield Road
Bethlehem PA 18017
610.868.8061 – home
484.433.2577 – cell
Kenmtb1@msn.com
Kvail@harleysvillegroup.com
June 26, 2000

**J. Spence Reid, MD.**
**Orthopaedics and Rehabilitation**
PennState Geisinger Health System – HMC
**Via Fax 717.531.7583 – 2 pages total**

> EXHIBIT
>
> VAIL - 16
> 3-24-04

RE:     **Disability Record Form**
          Admitted 06/02/2000, Discharged 06/10/2000
          MR # 1072398, Trauma # 362142

Dear Dr. Reid:

Attached is a Disability Record Form that my employer, Harleysville Insurance Companies, instructed me to send to you for information about my injury and disability. Please fax the completed form to Jenny Hill Ludwig, Occupational Health Nurse, at 215.256.5602 (ASAP) by July 7, 2000.

I am a Regional Loss Control Manager for Harleysville. This position normally involves office work (sitting, walking, standing, carrying laptop PC bag & briefcase) and field travel (driving company car) to client locations (various commercial business operations) to observe & coach my staff of Loss Control Consultants. There is normally occasional overnight travel required.

My boss, Gary Weinstein, VP of Loss Control & Premium Audit, approved me to temporarily work from home, on a flexible schedule, in my residential office. I started this on June 19, 2000. This work involves using a personal computer and the phone. This arrangement is working OK, provided that I take frequent enough breaks throughout the day as needed.

I would appreciate actively returning to work by August 28, 2000, provided that it is safe to do so. I am scheduled to be presenter/speaker at an off-site professional development conference for Harleysville during that week, at the Holiday Inn in Grantville PA (relatively near HMC). This will involve overnight travel for me.

I would appreciate a call if you have ANY questions about the scope of my normal or temporary duties. My contact info is shown above. ***Thanks again for the excellent treatment that you and your staff have provided to me. I really appreciate it. I am following your advice and I look forward to an effective recovery.*** My next appointment to see you is scheduled for July 19, 2000 at HMC. Thanks again.

Sincerely,

Kenneth T. Vail

The Harleysville Insurance Companies

**DISABILITY RECORD**

DATE: _6/22/00_   *Received 06-24-2000 KTV*

*Please return this form by  7/7/00  to Jenny Hill, Occupational Health Nurse,* **or Fax to:** 215-256-5602   *← Dr Reid )*

---

**SECTION 1 (IMPORTANT:  The following authorization must be completed by the patient.)**

To all physicians concerning the disability described in Section II and other agencies:  You are authorized to permit
The Harleysville Insurance Companies to obtain or view information pertaining to the examination, treatment, history
and prescriptions of:

Name of Patient:  *KENNETH VAIL*                              Date of Birth:  _11-16-1957_

Patient's Signature:  _____                  Date:  _06-26-2000_

---

**INSTRUCTIONS TO PHYSICIAN:**  The employee named in Section I has been under your care.  Please complete
this form and mail to Harleysville Insurance Companies, 355 Maple Avenue, Harleysville, PA  19438.

---

**SECTION II:  ATTENDING PHYSICIAN'S STATEMENT**

Patient's Name: _____

Nature of illness of injury (describe any complications) _____

Diagnosis Code: _____

Is this condition related to an automobile accident?    Yes ☐    No ☐    If Yes, date of accident: _____

Is this condition work-related?    Yes ☐    No ☐    If Yes, explain: _____

_____

Prognosis: _____

Studies Ordered: _____

Treatment Provided: _____

Follow-up Provided: _____

Referral: _____

The patient has been continuously disabled (unable to perform job duties) from _____ through

_____

☐  May return to work – with no restrictions on _____

☐  May return to work with the following restrictions:

Light-Duty Work on _____    (explain below)

Reduced Work Week on _____    (explain below)

REMARKS: _____

**NOTE TO PHYSICIAN: We encourage early return to work following disability through a light-duty and/or reduced work
program.  We may contact you shortly for your input.**

DATE _____        NAME _____
                                                              **PLEASE PRINT**
                                     Signed _____

                                     Address _____

                                     _____

                                     Phone _____

P-58 (10/99)

**V A I L     0 5 8**

**EXHIBIT V**

## The Harleysville Insurance Companies

**DISABILITY RECORD**

DATE: 6/22/00    RECEIVED 06-24-2000 KTV    DR REID

→ *Please return this form by 7/7/00 to Jenny Hill, Occupational Health Nurse, or Fax to: 215-256-5602*

**SECTION I (IMPORTANT: The following authorization must be completed by the patient.)**
To all physicians concerning the disability described in Section II and other agencies: You are authorized to permit
The Harleysville Insurance Companies to obtain or view information pertaining to the examination, treatment, history
and prescriptions of:

Name of Patient: KENNETH VAIL                           Date of Birth: 11-16-1957

Patient's Signature: [signature]                         Date: 06-26-2000

**INSTRUCTIONS TO PHYSICIAN:** The employee named in Section I has been under your care. Please complete
this form and mail to Harleysville Insurance Companies, 355 Maple Avenue, Harleysville, PA 19438.

**SECTION II: ATTENDING PHYSICIAN'S STATEMENT**

Patient's Name: Kennethy Vail

Nature of illness of injury (describe any complications) Gunshot wound to R groin with

Diagnosis Code: Interrochanteric proximal femur fx

Is this condition related to an automobile accident?    Yes ☐    No ☑    If Yes, date of accident: _____

Is this condition work-related?    Yes ☐    No ☑    If Yes, explain: _____

Prognosis: good

Studies Ordered: _____

Treatment Provided: ORIF of Proximal femur / I & D of Bullet Tract

Follow-up Provided: ☞ 2100

Referral: N/A

The patient has been continuously disabled (unable to perform job duties) from   6-2-00   through

Present

☐ May return to work – with no restrictions on _____

☐ May return to work with the following restrictions:

Light-Duty Work on _____   (explain below)

Reduced Work Week on _____   (explain below)

**REMARKS:** _____

**NOTE TO PHYSICIAN:** We encourage early return to work following disability through a light-duty and/or reduced work
program. We may contact you shortly for your input.

DATE   7/6/00            NAME   J. Spence Reid, MD
                         Signed   [signature]
                         Address  PO Box 850
[signature] Donna Harris          Hershey PA 17033
717-531-7583             Phone   717-531-4800

P-54 (10/99)

**EXHIBIT**
VAIL-17
3-2-04

**EXHIBIT W**

## Weinstein, Gary

| | |
|---|---|
| **om:** | Vail, Kenneth |
| **Sent:** | Thursday, August 10, 2000 12:40 PM |
| **To:** | Weinstein, Gary |
| **Subject:** | Ken's Return to Office - Aug 21, 2000 |

Gary

My Dr. approved me to return to the office on August 21, 2000. I am to use 1 crutch to walk, until my next Dr. visit. My next medical evaluation is scheduled for September 6, 2000. Until then, I'm restricted from putting full body weight on my ·auma leg. I can walk with a crutch, sit, & stand, & I'm restricted to lifting a max of 30 lbs. Please let me know if any arrangements need to be made with Building Services for phone/PC connections, or for office furniture. Thanks.
Ken

**EXHIBIT X**

# PennState Geisinger
## Health System

P.O. Box 850 Hershey, PA 17033-0850
Phone: (717) 531-8521

PCS 22 7/97

NAME **Ken Vail**   HT. _____ WT. _____ AGE **8/3/00**
ADDRESS _____ DATE **8/3/00**
PATIENT NO. _____

R̲  May Return to
work on 8/21/00.

Label All Prescriptions
Refill _____ Times



EXHIBIT
VAIL-23
3-24-04 HDC

J. Spence Reid, M.D.
NAME (Please Print)   M.D./D.O.
MD 038406 E
LICENSE

D.E.A. REG. NO.

_____ M.D./D.O.
SUBSTITUTION PERMISSIBLE. IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER MUST HANDWRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW.

VAIL 129

EXHIBIT

VAIL-24
3-24-04 RVC

**PENN**STATE
⬛ The Milton S. Hershey Medical Center
⬛ The College of Medicine

P.O. Box 850, Hershey, PA 17033-0850
Phone: (717) 531-8521

PCS 22 6/00

NAME _Kennen Vail_ HT _____ WT _____ AGE _____ DATE _8/9/00_

ADDRESS _____

PATIENT NO. _____

**R**

Label All Prescriptions
Refill ____ Times ____

Pt may RTW on
8/21/00 may not carry any objects
> 50lbs. und'l further notice

---

**J. Spence Reid, M.D.**

NAME (Please Print)                    M.D./D.O.

**MD 038406 E**

LICENSE _____

D.E.A. REG. NO. _____

_____ M.D./D.O.

SUBSTITUTION PERMISSIBLE
IN ORDER FOR A BRAND NAME
PRODUCT TO BE DISPENSED. THE
PRESCRIBER MUST HANDWRITE "BRAND
NECESSARY" OR "BRAND MEDICALLY
NECESSARY" IN THE SPACE BELOW.

**VAIL   392**

**EXHIBIT Y**



**Phone:** *(215) 569-5584*
**Fax:** *(215) 832-5594*
**Email:** *reid@blankrome.com*

April 9, 2004

**VIA FEDERAL EXPRESS**

J. Spence Reid, M.D.
Assistant Professor
Penn State-Hershey Medical Center
500 University Drive
Hershey, PA 17033

Re:    **Kenneth T. Vail v. Harleysville Group, Inc.**
         <u>**Civil Action No. 02CV2933**</u>

Dear Dr. Reid:

Please be advised that this office represents the Defendant in the above-referenced matter. Enclosed is a signed authorization by Kenneth T. Vail and a subpoena requiring you to produce records on Wednesday, April 21, 2004. The subpoena seeks copies of any and all records relating to Kenneth T. Vail, date of birth, November 16, 1957, Social Security No. 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. A personal appearance will not be necessary if you provide us, no later than Wednesday, April 21, 2004, with copies of these records. The records should be sent to my attention at Blank Rome LLP, One Logan Square, Philadelphia, PA 19103. We apologize for burdening you with this request, but it is necessary to defend against the claims brought by Mr. Vail.

Thank you for your attention to this matter. Please advise us of any costs associated with this request, and we will promptly reimburse you. If you have any questions regarding compliance with this subpoena, please do not hesitate to contact me.

Very truly yours,

Julie E. Reid

JER/vc
Enclosure
cc:    Donald P. Russo, Esquire

**Issued by the**
## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kenneth T. Vail, | : | **SUBPOENA IN A CIVIL CASE** |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| Harleysville Group, Inc., | : | |
| Defendants. | : | Civil Action No.[1] 02-CV-2933 |
| | | (Eastern District of Pennsylvania) |

TO:  J. Spence Reid, M.D., Assistant Professor, Penn State-Hershey Medical Center,
     500 University Drive, Hershey, PA 17033

☐     **YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.**

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒     **YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.**

| PLACE OF DEPOSITION:<br>**McNees, Wallace & Nurick, LLC**<br>**100 Pine Street**<br>**Harrisburg, PA 17101** | DATE AND TIME:<br>**Wednesday, April 21, 2004 – 10:00 a.m.** |
|---|---|

☒     **YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):**

**All records relating to Kenneth T. Vail, Date of birth November 16, 1957, Social Security No. 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**

| PLACE<br>**McNees, Wallace & Nurick, LLC**<br>**100 Pine Street**<br>**Harrisburg, PA 17101** | DATE AND TIME<br>**Wednesday, April 21, 2004 – 10:00 a.m.** |
|---|---|

☐     **YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.**

| PREMISES | DATE AND TIME |
|---|---|
| | |

       **Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).**

| ISSUING OFFICER SIGNATURE AND TITLE:<br>*[signature]* , **Attorney for Defendant** | DATE:<br>April 9, 2004 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER:
**Julie E. Reid, Esquire, Blank Rome LLP, One Logan Square, Philadelphia, PA 19103**
**(215-569-5584)**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

---

1  If action is pending in district other than district of issuance, state district under case number.

*RECEIVED 3·19·2004*
*Kv*

## Authorization to Use and/or Disclose Health Information

1.  **Patient**.  I, Kenneth T. Vail, date of birth November 16, 1957, Social Security No. 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 , authorize Dr. J. Spence Reid and his personnel to use or disclose health information as described in this form.

2.  **Identity of Person Authorized to Receive this Information**.

    Dr. J. Spence Reid may disclose (give) my health information identified below to Blank Rome LLP, One Logan Square, Philadelphia, PA 19103.

3.  **Description of Reason For Disclosure**.  Blank Rome LLP may use or disclose my health information for the following purpose(s):

    (_____) At request of patient [No description required]

    ( XX ) Other: Please describe purpose _____ in response to subpoena in litigation _____

4.  **Description of Information to be Used or Disclosed**.  I authorize the use or disclosure of the following health information and/or records:

    My complete medical file, including records relating to treatment received, doctor's notes, and history of prescriptions. _____

---

*The following items must be initialed to be included in the use or disclosure of these types of health information:

__X__    *HIV/AIDS related health information and/or records

__X__    *Mental health information and/or records

__X__    *Genetic testing information and/or records

__X__    *Drug/alcohol diagnosis, treatment, and/or referral information

    Pennsylvania law restricts the purposes for which disclosures may be made.  Federal regulations require a description of how much and what kind of information is to be disclosed.  Federal law prohibits the redisclosure of such information. _____

---

5.  **Expiration**.  This authorization expires upon the following date or event: ~~contract~~ 90 DAYS from -KTV

    date signed                                              (NINETY)
                                                                DAYS

6.  **Notice To Patient**

    a.    You may revoke this authorization at any time except to the extent Dr. J. Spence Reid has taken action in reliance upon this authorization.

    b.    You may refuse to sign this authorization. You do not need to sign this authorization to receive services from Dr. J. Spence Reid . If you refuse to sign this authorization, you will not be denied any treatment or benefits to which you were otherwise entitled.

    c.    Once your information is disclosed pursuant to this authorization, it may no longer be protected by Federal privacy law, and the person or organization that receives your information may have the legal right to disclose the information to other people or organizations without your knowledge or consent.

_____      03 · 31 · 2004_____
Signature Patient or Personal Representative      Date

_____      _____
Print Name of Personal Representative      Relationship of Personal Representative
(if applicable)      to Patient

If this authorization is signed by someone who is not the patient listed at the top of this form, provide a description of the signer's authority to act for the patient.

_____

The patient will be provided with one copy of this form.

#0362 142
IP 6-10-00
1072398



| | |
|---|---|
| *Phone:* | *(215) 569-5584* |
| *Fax:* | *(215) 832-5594* |
| *Email:* | *reid@blankrome.com* |

April 12, 2004

**VIA FEDERAL EXPRESS**

Charles Davis, M.D.
Assistant Professor
Penn State-Hershey Medical Center
500 University Drive
Hershey, PA 17033

> Re: **Kenneth T. Vail v. Harleysville Group, Inc.**
> **Civil Action No. 02CV2933**

Dear Dr. Davis

Please be advised that this office represents the Defendant in the above-referenced matter. Enclosed is a copy of the signed authorization by Kenneth T. Vail, the original of which was sent to you by letter dated April 9, 2004, and a REVISED subpoena requiring you to produce records on Wednesday, April 21, 2004. The subpoena seeks copies of any and all records relating to Kenneth T. Vail, date of birth, November 16, 1957, Social Security No. 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. A personal appearance will not be necessary if you provide us, no later than Wednesday, April 21, 2004, with copies of these records. The records should be sent to my attention at Blank Rome LLP, One Logan Square, Philadelphia, PA 19103. We apologize for burdening you with this request, but it is necessary to defend against the claims brought by Mr. Vail.

Thank you for your attention to this matter. Please advise us of any costs associated with this request, and we will promptly reimburse you. If you have any questions regarding compliance with this subpoena, please do not hesitate to contact me.

Very truly yours,

Julie E. Reid

JER/nc
Enclosure
cc:    Donald P. Russo, Esquire

Issued by the
## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kenneth T. Vail, | : | **SUBPOENA IN A CIVIL CASE** |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| Harleysville Group, Inc., | : | |
| Defendants. | : | Civil Action No.[1] 02-CV-2933 |
| | | (Eastern District of Pennsylvania) |

TO:  Charles Davis, M.D., Assistant Professor, Penn State-Hershey Medical Center,
     500 University Drive, Hershey, PA 17033

☐      **YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.**

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

**X**      **YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.**

| PLACE OF DEPOSITION:<br>**Blank Rome LLP**<br>**One Logan Square**<br>**Philadelphia, PA  19103** | DATE AND TIME:<br>**Wednesday, April 21, 2004 – 10:00 a.m.** |
|---|---|

**X**      **YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):**

**All records relating to Kenneth T. Vail, Date of birth November 16, 1957,
Social Security No. 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**

| PLACE<br>**Blank Rome LLP**<br>**One Logan Square**<br>**Philadelphia, PA  19103** | DATE AND TIME<br>**Wednesday, April 21, 2004 – 10:00 a.m.** |
|---|---|

☐      **YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.**

| PREMISES | DATE AND TIME |
|---|---|
| | |

       **Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).**

| ISSUING OFFICER SIGNATURE AND TITLE:<br> , **Attorney for Defendant** | DATE:<br>April 12, 2004 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER:
**Julie E. Reid, Esquire, Blank Rome LLP, One Logan Square, Philadelphia, PA 19103
(215-569-5584)**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

---

1  If action is pending in district other than district of issuance, state district under case number.

*Received 3-19-2004*
*KV*

## Authorization to Use and/or Disclose Health Information

1. **Patient**. I, Kenneth T. Vail, date of birth November 16, 1957, Social Security No. 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 _, authorize Dr. Charles Davis and his personnel to use or disclose health information as described in this form.

2. **Identity of Person Authorized to Receive this Information**.

   Dr. Charles Davis may disclose (give) my health information identified below to Blank Rome LLP, One Logan Square, Philadelphia, PA 19103.

3. **Description of Reason For Disclosure**. Blank Rome LLP may use or disclose my health information for the following purpose(s):

   (_____) At request of patient [No description required]

   ( XX ) Other: Please describe purpose _____ in response to subpoena in litigation _____

4. **Description of Information to be Used or Disclosed**. I authorize the use or disclosure of the following health information and/or records:

   My complete medical file, including records relating to treatment received, doctor's notes, and history of prescriptions. _____

---

*The following items must be initialed to be included in the use or disclosure of these types of health information:

   X    *HIV/AIDS related health information and/or records

   X    *Mental health information and/or records

   X    *Genetic testing information and/or records

   X    *Drug/alcohol diagnosis, treatment, and/or referral information

     Pennsylvania law restricts the purposes for which disclosures may be made. Federal regulations require a description of how much and what kind of information is to be disclosed. Federal law prohibits the redisclosure of such information. _____

---

5. **Expiration**. This authorization expires upon the following date or event: ~~one year~~ 90 DAYS -KTV from date signed      (NINETY) DAYS

120113.00201/21253832v1

6.    **Notice To Patient**

    a.    You may revoke this authorization at any time except to the extent Dr. Charles Davis has taken action in reliance upon this authorization.

    b.    You may refuse to sign this authorization. You do not need to sign this authorization to receive services from Dr. Charles Davis . If you refuse to sign this authorization, you will not be denied any treatment or benefits to which you were otherwise entitled.

    c.    Once your information is disclosed pursuant to this authorization, it may no longer be protected by Federal privacy law, and the person or organization that receives your information may have the legal right to disclose the information to other people or organizations without your knowledge or consent.

_____        03-31-2004
Signature Patient or Personal Representative        Date

            N/A
_____        _____
Print Name of Personal Representative        Relationship of Personal Representative
(if applicable)        to Patient

If this authorization is signed by someone who is not the patient listed at the top of this form, provide a description of the signer's authority to act for the patient.

_____

The patient will be provided with one copy of this form.

120113.00201/21253832v1



PENNSTATE
Milton S. Hershey Medical Center
College of Medicine

Milton S. Hershey Medical Center
R.O.I. Mail Code HU24
P.O. Box 850
Hershey, PA 17033
717-531-8059

Dear ___Julie E. Reid___

This letter is to inform you that the medical records you requested on HMC patient ___Kenneth T. Vail___, regarding the treatment of Dr(s). ___Davis &___ ___Reid___, and those of the Milton S. Hershey Medical Center are one in the same. Only one subpoena was needed to process your request. Should you have any questions, please call the Release of Information staff at 717-531-8059.

___Maria___        ___4-15-04___
Signature                                    Date

**PennState Geisinger** — Health System — PROGRESS NOTES

SEND ORIGINAL TO MEDICAL RECORDS

---

DATE: 11-1-00  PATIENT'S NAME: Vail, Kenneth  MEDICAL RECORD NO: 1072398

42 y/o male 6 mo. s/p revision open reduction & internal fixation of ® subtrochanteric femur fx. 2° to gunshot wound

S: slight limp, able to walk unlimited amt., unable to run, slight weakness
pain improved, esp. where muscles separated to do surgery — occasional ibuprofen
c/o weakness esp. w/ ext/abd. movements, isolated movements normal strength

O: ® Leg Flexion 90°, Extension 45°
FLEX/EXT/ABD/ADD 5/5 strength

A: 42 y/o male 5 mo. s/p revision open reduction/int. fixation of ® subtrochanteric femur fx.

P: cont. w/ PT to progress pt. to being able to run

Rob Gallo MS III

Doing very well
continue P.T. Hip
RTC 3 mo c xrays

---

DATE: 1-10-01  PATIENT'S NAME: Vail, Kenneth  MEDICAL RECORD NO: 1072398

7 months s/p ® subtrochanteric femur fx c ® RIF
pt c/o only minor residual pain/stiffness. pt able to walk,
bend, and work. and even run.
hip. full flex/ext/abd/add/except rot. / minor ↓ int rot.
5/5 str.
Incision site still tender.
Xrays. Bone well aligned, appears to be healed
Naprosyn for pain.
F/u in June 2001

xrays. healed — OK myself look, spread.

---

DATE: 6-11-01  PATIENT'S NAME: Vail, Kenneth  MEDICAL RECORD NO: 1072398

7 yr s/p ORIF some pain @ fract. bursts.

® flexion 130°
ext. rot. 65°
int. rot. 30° w/some discomfort
abduction 60°
Activity as tol

L ext rot 40°
int rot 40°

d. s

RTC PRN



**PENN STATE**
The Milton S. Hershey Medical Center
The College of Medicine

**PROGRESS REPORT**

| Date/Time | PROGRESS NOTES: (Include Name, Title) |
|---|---|

DATE 9-1-00   PATIENT'S NAME  Vail, Kenneth   MEDICAL RECORD NO. 1072398

S/P GSW to (L) LE - sustained (R) intertroch.
Fx - orif on 6/2/2000 c̄ · revision on 6/5/2000
feeling much better - BACK to work
as a manager - on feet using 1 crutch
No therapy - No pain meds @ job

MS: Good ROM          X-ray - healing well
(R) hip full ROM
doing    sim'g rotation
very     tend (R) hip bursa - NSAIDs if not better maybe will inject
well     A/P Abductor strengthen     with Physical Therapy
         cane long distances & Gait training
         nothing short distances
         No x-rays @ next visit    RTC → 1 month

---

**DATE** 6/21/00    **PATIENT'S NAME** Vail, Kenneth    **MEDICAL RECORD NO.** 1072398

PennState Geisinger

0 weeks s/p gunshot wound ® hip

doing well

PE/ incise — intact
                staples DC'd
                NVI
                steri strips applied

P/ A & PROM hip        ○ Active
        ○ progression        abduction
        ___ ___ d ___ counseling

---

**DATE** 7/19/00    **PATIENT'S NAME** Vail, Kenneth    **MEDICAL RECORD NO.** 1072398

PennState Geisinger Health System

DOS- 6/5/00    45 y/o ♂ s/p ® intertroch fx    6 wks
                                        ORIF 6/5/00
2° gunshot wound. Pt has been FFNWB. Pt doing well.

    PE: inc well-healed
        distally NVI

X-rays- AP lat ® hip — fixation intact, healing well

A/P  Begin active abduction
     May start stationary bike
     50% WB ® LE

---

**DATE** 8/9/00    **PATIENT'S NAME** Vail Kenneth    **MEDICAL RECORD NO.** 1072398

PennState Geisinger Health System

8½ weeks S/P GSW ® hip.
Incision all CDI.                RTC 3wks
minimal pain.                    ē hip x-rays
x-rays, stable position —
        some healing
A/P  Ambulate ē T-cane
     May RTW   8/21
     Drive     8/21

**EXHIBIT Z**

24079 s



BLANK ROME LLP
COUNSELORS AT LAW

REC'D APR 2 0 2004

| Phone | (215) 569-5584 |
| Fax | (215) 832-5594 |
| Email | reid@blankrome com |

April 9, 2004

**VIA FEDERAL EXPRESS**

Brian Boyle
and/or Muhlenberg Hospital Center-Point North
2545 Schoenersville Road
Bethlehem, PA 18018

Re: **Kenneth T. Vail v. Harleysville Group, Inc.**
**Civil Action No. 02CV2933**

Dear Sir or Madam:

Please be advised that this office represents the Defendant in the above-referenced matter  Enclosed is a signed authorization by Kenneth T. Vail and a subpoena requiring you to produce records on Wednesday, April 21, 2004. The subpoena seeks copies of any and all records relating to Kenneth T Vail, date of birth, November 16, 1957, Social Security No. 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. A personal appearance will not be necessary if you provide us, no later than Wednesday, April 21, 2004, with copies of these records. The records should be sent to my attention at Blank Rome LLP, One Logan Square, Philadelphia, PA 19103  We apologize for burdening you with this request, but it is necessary to defend against the claims brought by Mr Vail

Thank you for your attention to this matter. Please advise us of any costs associated with this request, and we will promptly reimburse you. If you have any questions regarding compliance with this subpoena, please do not hesitate to contact me

RECEIVED
APR 1 9 2004
By _____

Very truly yours,

Julie E. Reid

JER/vc
Enclosure
cc:    Donald P Russo, Esquire

CHARTONE
4-19-04
Date
Request #
Pages
Assoc
non    pre    cnc    cert
pat    std    abs    comp
spo    bsg    p/u    scan

One Logan Square 18th & Cherry Streets Philadelphia, PA 19103-6998
www.BlankRome com

120113 00201/21263125Ware    •    Florida    •    Maryland    •    New Jersey    •    New York    •    Ohio    •    Pennsylvania    •    Washington, DC

448 Correspondence Attorney

RSECEIVED 3.29 2004
KTV



1. **Patient**. I, Kenneth T. Vail, date of birth November 16, 1957, Social Security No. 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 ___, authorize Brian Boyle, PT and his personnel to use or disclose health information as described in this form.

2. **Identity of Person Authorized to Receive this Information**

   Brian Boyle, PT may disclose (give) my health information identified below to Blank Rome LLP, One Logan Square, Philadelphia, PA 19103.

3. **Description of Reason For Disclosure**. Blank Rome LLP may use or disclose my health information for the following purpose(s):

   ( ___ ) At request of patient [No description required]

   ( XX ) Other· Please describe purpose ____ in response to subpoena in litigation ____

4. **Description of Information to be Used or Disclosed**. I authorize the use or disclosure of the following health information and/or records:

   My complete medical file, including records relating to treatment received, doctor's notes, and history of prescriptions. _____

   _____

---

\*The following items must be initialed to be included in the use or disclosure of these types of health information:

   __X__ \*HIV/AIDS related health information and/or records

   __X__ \*Mental health information and/or records

   __X__ \*Genetic testing information and/or records

   __X__ \*Drug/alcohol diagnosis, treatment, and/or referral information

   Pennsylvania law restricts the purposes for which disclosures may be made. Federal regulations require a description of how much and what kind of information is to be disclosed  Federal law prohibits the redisclosure of such information._____

   _____

   _____

---

5. **Expiration**. This authorization expires upon the following date or event. 90 DAYS or year from —KTV

   date signed _____ ( NINETY ) DAYS

120113 00201/21253836v1

6.    **Notice To Patient**

    a    You may revoke this authorization at any time except to the extent Brian Boyle, PT has taken action in reliance upon this authorization.

    b.    You may refuse to sign this authorization. You do not need to sign this authorization to receive services from Brian Boyle, PT. If you refuse to sign this authorization, you will not be denied any treatment or benefits to which you were otherwise entitled.

    c.    Once your information is disclosed pursuant to this authorization, it may no longer be protected by Federal privacy law, and the person or organization that receives your information may have the legal right to disclose the information to other people or organizations without your knowledge or consent.

_____    03 - 31 - 2004
Signature Patient or Personal Representative    Date

_____    _____
Print Name of Personal Representative    Relationship of Personal Representative
(if applicable)    to Patient

If this authorization is signed by someone who is not the patient listed at the top of this form, provide a description of the signer's authority to act for the patient.

_____

The patient will be provided with one copy of this form.

120113.00201/21253834v1

**Issued by the**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Kenneth T. Vail, | : | **SUBPOENA IN A CIVIL CASE** |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| Harleysville Group, Inc., | : | |
| Defendants. | : | Civil Action No.[1] 02-CV-2933 |

TO: Brian Boyle, PT and/or Muhlenberg Hospital Center- Point North
2545 Schoenersville Road, Bethlehem, PA 18018

[ ]     **YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.**

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

[X]     **YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.**

| PLACE OF DEPOSITION: **Blank Rome LLP, One Logan Square, Philadelphia, PA 19103** | DATE AND TIME: **Wednesday, April 21, 2004 – 10:00 a.m.** |
|---|---|

[X]     **YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):**

**All records relating to Kenneth T. Vail, Date of birth November 16, 1957,**
**Social Security No. 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**

| PLACE **Blank Rome LLP, One Logan Square Philadelphia, PA 19103** | DATE AND TIME **Wednesday, April 21, 2004 – 10:00 a.m.** |
|---|---|

[ ]     **YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.**

| PREMISES | DATE AND TIME |
|---|---|

    **Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).**

| ISSUING OFFICER SIGNATURE AND TITLE: _(signature)_ **Attorney for Defendant** | DATE: **April 9, 2004** |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER:
**Julie E. Reid, Esquire, Blank Rome LLP, One Logan Square, Philadelphia, PA 19103**
**(215-569-5584)**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

---

[1] If action is pending in district other than district of issuance, state district under case number.

_See other side_

## PROOF OF SERVICE

|  | DATE: | PLACE: |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
       (DATE)                   SIGNATURE OF SERVER


                            ADDRESS OF SERVER


**Rule 45, Federal Rules of Civil Procedure, Parts C & D:**

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party servicing the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of an party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of an party to travel to a place more than 100 miles from the place where that person resides,

is employed or regularly transacts business in person, except that, subject to the provisions in clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce the documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with he categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications or things not produced that is sufficient to enable the demanding party to contest the claim.

12/06/2000  19:12   5108612595                                   POINTE NORTH

# MUHLENBERG HOSPITAL CENTER
2545 Schoenersville Rd. • Bethlehem, PA 18017-7384

**☒ PHYSICAL  ☐ OCCUPATIONAL  ☐ SPEECH  THERAPY**

☐ Muhlenberg Hospital  Phone: 484-884-2551  Fax: 484-884-2917
☐ Pointe North Clinic  Phone: 484-884-4945   Fax: 484-884-2595

DATE: _12/6/00_

## PROGRESS REPORT / RECERTIFICATION / DISCHARGE SUMMARY

| Patient Name | Account Number | Diagnosis | Medicare Recertification Period |
|---|---|---|---|
| Vail, Kenneth | 64587470 | (R) hip fx | to |

Dear Dr. ___Reid___

The above patient has been receiving therapy at Muhlenberg Hospital Center's Outpatient Rehabilitation Department.
The treatment program has included: _modalities prn (HP SP) progressive resistive exercise_
_to increase strength and Rom, and written Home Exercise Program_

and has occurred from _9/18/00_ to _11/29/00_. Total # of Treatments: _16_  Cancellations: _0_  No Shows: _0_

Current work status: ___N/A__  _X_ Full Duty ___ Not Working ___ Modified Duty

**SUBJECTIVE / OBJECTIVE:** _Pt reports he has a pain (R) hip which he describes as a Bursitis._
_Rom: (R) hip WNL all planes._
_Strength: Open chain mmt 5/5. Pt now only presents a Trendelenburg gait (R) LE_
_a single leg stance phase of jogging ~25% of running time._
_Exercise: Pt has progressed to jogging 1/2 mile on soft surfaces. Pt is also performing_
_sprints at 70% of maximum velocity (6 repetitions of 50 yards)_
_Pt has been (I) c all ADL's. Pt also has returned to mountain biking._

| GOALS | New [N]  Unmet [U]  Met [M] | Target Date |
|---|---|---|
| Pt will tolerate 5 min of easy jogging | M | 11/29/00 |
| Pt will increase (R) iliopsoas m. and (R) IT Band Rom to WNL | M | 11/29/00 |
| Pt will be (I) c HEP (Home Exercise Program) and continue c fitness | | Ongoing |
| program | | |

**ASSESSMENT:** _Mr. Vail is a 42 y.o. Wm s/o traumatic (R) hip Fx. Pt has made_
_a significant amount of progress in his recovery. Pt has met all stated outcomes._
**PLAN OF CARE:** _Pt in agreement c D/C from OT and continued fitness / running_
_program_

Sincerely, _B. J. Boyle or my own  (Brian J. Boyle)_
                                    Therapist

New Orders ___

___ Continue therapy for: _____                          ___ D/C  ___ Hold

## PHYSICIAN CERTIFICATION / RECERTIFICATION
I have reviewed the plan of care and certify the need for the services described in the plan.

Physician Signature: _____        Date: _12/6/00_



**MUHLENBERG HOSPITAL CENTER**
1548 Schoenersville Rd. • Bethlehem, PA 18017-7384

☒PHYSICAL ☐OCCUPATIONAL ☐SPEECH THERAPY

☐ Muhlenberg Hospital  Phone: 484-884-2251 Fax: 484-884-2917
☐Pointe North Clinic  Phone: 484-884-4745  Fax: 484-884-2595

DATE: _12/6/00_

## PROGRESS REPORT / RECERTIFICATION / DISCHARGE SUMMARY

| Patient Name | Account Number | Diagnosis | Medicare Recertification Period |
|---|---|---|---|
| Vail, Kenreth | 64587470 | (R) hip fx | to |

Dear Dr. _Reid_

The above patient has been receiving therapy at Muhlenberg Hospital Center's Outpatient Rehabilitation Department.
The treatment program has included: _Modalities prn (HP CP) progressive resistive exercise to increase strength and Rom, and written Home Exercise Program_

and has occurred from _9/18/00_ to _11/29/00_. Total # of Treatments: _16_ Cancellations: _0_ No Shows: _0_

Current work status: ____ N/A _X_ Full Duty ____ Not Working ____ Modified Duty

SUBJECTIVE / OBJECTIVE: _Pt reports he has a pain (R) hip which he describes as a Bursitis._
_Rom: (R) hip WNL all planes_
_Strength: Open chain mmT 5/5. Pt now only presents c̄ Trendelenburg gait (R) LE_
_c̄ single leg stance phase of jogging ~25% of running time._
_Function: Pt has progressed to jogging 1¼ mile on soft surfaces. Pt is also performing_
_sprints at ~70% of maximum velocity, (6 repetitions of 50 yards)._
_Pt has been (I) c̄ all ADL's. Pt also has returned to mountain biking._

| GOALS | New [N] Unmet [U] Met [M] | | Target Date |
|---|---|---|---|
| Pt will tolerate 5 min of easy jogging. | | M | 11/29/00 |
| Pt will increase (R) Iliopsoas m. and (R) IT Band Rom to WNL | | M | 11/29/00 |
| Pt will be (I) c̄ HEP (Home Exercise Program) and continue c̄ fitness program | | | Ongoing |

ASSESSMENT: _Mr. Vail is a 42 y.o. Wm s/p traumatic (R) hip fx. Pt has made a significant amount of progress c̄ his running. Pt has met all above outcomes._
PLAN OF CARE: _Pt in agreement c̄ D/C from PT and continued fitness / running program_

Sincerely, _Brian J. Boyle_ pt, ms, cscs  (BRIAN J. BOYLE)
Therapist

New Orders ____

____ Continue therapy for: ____ ____ D/C ____ Hold

PHYSICIAN CERTIFICATION / RECERTIFICATION
I have reviewed the plan of care and certify the need for the services described on the plan.

Physician Signature: ____ Date: ____

| DATE: | PATIENT NAME: Varl, Kenneth     PATIENT I.D.# 64587470 |
|---|---|
| 11/27/00 | S: Pt states " I noticed c. slt improvement c̄ my running today". |
| | O: Pt. started off c̄ jogging 2 laps round parking lot ~ 1/4 mile then performed side shuffling 6 × 30 yards |
| | c̄ green theraband followed by accelerations in the grass. Pt ran 6 × 20 yards c̄ no pain in his ® |
| | thigh and increased speed this session. Pt. then was instructed in and performed ther ex |
| | as outlined in sheet ④ handside of chart. Pt instructed to continue c̄ HEP on own. |
| | Pt verbalized understanding. |
| | A: Pt c̄ increased speed during accelerations. Tolerating all treatment well. 2 more sessions then d/c |
| | to fitness. |
| | P: Continue c̄ or for ≈ 5 then ® trip and pt in agreement for d/c — BJ Bayl PT, MS, ATC |
| 11/29/00 | S: Pt states " I am running better today". |
| | O: Pt. started off c̄ jogging in parking lot ~ 1/4 mile followed by sprinting 6 × 30 yards c̄ |
| | increased stride length followed by jumping rope × 3 min followed by ther ex as outlined |
| | in sheet ④ handside of chart. Pt given black theraband and written HEP on own. |
| | Pt demonstrated understanding. |
| | A: Pt continues to increase stride length and speed c̄ running. Will d/c to next visit to make sure pt |
| | ok c̄ HEP. |
| | P: Continue c̄ PT for 1 session then d/c to fitness. Pt is agreement — BJ Bayl PT, MS, ATC |
| 12/6/00 | Pt seen by PT for no charge visit to ensure pt o.k. c̄ HEP. Pt |
| | demonstrated and verbalized understanding and offered no reports of increased pain or |
| | decreased function |
| | Please refer to d/c summary in chart for full details. Pt in agreement c̄ all above. |
| | D/c pt from PT this date. — BJ Bayl PT, MS, ATC |

Muhlenberg Hospital Center
2545 Schoenersville Road
Bethlehem, PA  18017-7384

PHYSICAL THERAPY PROGRESS NOTES
SEQ# 1235 (5/91)

| ATE: | PATIENT NAME: Vail, Kenneth | PATIENT I.D.# 6458-490 |
|---|---|---|

15/03  S: Pt states, "I feel pretty good lets try to run".

O: Pt started ff c̄ jogging 27 yards in grass × 10 c̄ 5 m sprints stars × 10. Pt then jogged ~ ⅙ of a mile (1 lap around outside parking lot) followed by her exe as outlined in sheet ① handside of chart. Pt requested to shorten session 2° work time constraints and hurry on appointment c̄ work this PT. Pt instructed to continue c̄ HEP on own and use CP for ® LE.

A: Pt continues c̄ ® LE gluteus medius weakness & ® Trendelenburg gait c̄ ® leg stance during running. This deficit is not noticeable during normal gait. Pt also reported increased "bone" pain ® LE c̄ push off during sprints.

P: Continue c̄ PT to increase LE ROM & strength. Start c̄ running next session.

_____ PT, MS, CHS

Addendum: Next visit is last approved visit per insurance. Will discharge to pt fitness center program.

_____ PT, MS, CHS

1/20/00  S: Pt states "I have Blue Cross insurance which should cover me thru 11/00".

O: Pt started ff c̄ ¼ mile jog in parking lot followed by side shuffling 6 × 30 yards in grass, followed by carrocas 6 × 30 yards followed by skipping 4 × 30 yards. Pt then was instructed in and performed her exe as outlined in sheet ① handside of chart. Pt finished c̄ stretching all LE.

A: Pt tolerated all treatment well. Still c̄ difficulty c̄ push phase of running @ leg and skipping.

P: Continue c̄ PT for ROM & strengthening focusing in running. Add jumps on leg next session.

_____ OT, MS, CHS

11/22/00  S: Pt states "I was able to walk all over lower Manhattan yesterday c̄ ____ c̄ pain. We have definitely made progress."

O: Pt started ff c̄ 2 laps around parking lot ~ ¼ mile jog followed by LE carrocas 6 × 30 yards in the grass pt then was instructed in and performed her exercise as outlined in the sheet ① handside of chart. Pt instructed to attempt jumping rope and black +band hip Home exercises on own. Pt verbalized understanding.

A: Pt tolerated all treatment well. Pt to be seen for 2 more visits then d/c.

P: Continue c̄ PT for ROM & strength ® hip for 2 more visits _____ OT, MS, CHS

Muhlenberg Hospital Center
2545 Schoenersville Road
thlehem, PA 18017-7384

PHYSICAL THERAPY PROGRESS NOTES
SEQ# 1235 (5/91)

# MUHLENBERG HOSPITAL CENTER

☒ PHYSICAL ☐ OCCUPATIONAL ☐ SPEECH THERAPY

10/25/00

☐ Muhlenberg Hospital (Phone:861-2251 / Fax:882-2917)
☒ Pointe North Clinic (Phone:861-4245 / Fax:8612595)

2545 Schoenersville Rd. • Bethlehem, PA 18017-7384

## PROGRESS REPORT / RECERTIFICATION / DISCHARGE SUMMARY

| Patient Name | Account Number | Diagnosis | Medicare Recertification Period |
|---|---|---|---|
| Vail, Kenneth | 6458740 | ® hip fx | to |

Dear Dr. Reid

The above patient has been receiving therapy at Muhlenberg Hospital Center's Outpatient Rehabilitation Department.
The treatment program has included: modalities prn (HP CP) progressive resistive exercise to increase strength and Rom and Home Exercise Program instruction

and has occurred from 9/18/00 to 10/25/00. Total # of Treatments: 11 Cancellations:_____ No Shows:_____

Current work status: _____ N/A _____ Full Duty _____ Not Working X Modified Duty (Working from Home)

SUBJECTIVE / OBJECTIVE: Mr. Vail reports that he only has pain at end range of motion in ® hip ē overpressure. Pt's ® hip ROM is WNL except ⊕ Thomas test for ® iliopsoas m. tightness and ® IT Band tightness. Strength: ® hip mmt open chain 5/5. Functionally pt continues ē a slight ⊕ Trendelenburg sign ® hip ē single leg stance phase and initial contact phase of jogging. Function: Pt has tolerated mountain biking off road and has begun jogging at 4.5 mph on a treadmill for 1 min. × 1 session. Pt is ambulating independently ē an assistive device.

| GOALS | New [N] | Unmet [U] | Met [M] | Target Date |
|---|---|---|---|---|
| Pt will tolerate 5 min of easy jogging ē ⊖ Trendelenburg sign ® hip ē single leg stance. | | | | 2 wks |
| Pt will increase ® iliopsoas m. and ® ITBand Rom to WNL | | | | 2 wks |
| Pt will be independent ē a Home Exercise Program and continue on ē a fitness program | | | | Ongoing |

ASSESSMENT: Mr. Vail is a 42 y.o. WM s/p traumatic ® hip fx. Pt has made significant progress ē Rom, mobility and strength. Will benefit from continued PT to maximize function.
PLAN OF CARE: Pt. will be seen by PT 2→3 ×/wk for 2 more weeks for functional Rom and strength training and then will be discharged to a fitness program.

Sincerely, Brian J. Boyle PT, MS, CSCS (BRIAN J. BOYLE PT, MS CSCS)
Therapist

New Orders

_____ Continue therapy for: _____ _____ D/C _____ Hold

## PHYSICIAN CERTIFICATION / RECERTIFICATION

I have reviewed the plan of care and certify the need for the services described on the plan.

Physician Signature:_____ Date:_____

| TP | PATIENT NAME: | PATIENT I.D.# |
|---|---|---|

P.O. Box 850, Hershey, PA 17033-0850
Phone: (717) 531-8521

**PENNSTATE**
The Milton S. Hershey Medical Center
The College of Medicine

PCS 22 6/00

NAME: VAIL, KENNETH T
MD: REID J SPENCE
MR#: 1072398
DOB: 11/16/1957
INS: BLUE CROSS OUT OF
LOC: ORT1
OOS#: 1100385

MD#: 24204

SEX: M

VISIT DATE: 11/01/2000

WT _____ AGE _____
DATE 11/1/00

Label All Prescriptions
Refill _____ Times

℞    P.T. out pd 3x/wk
Reconditioning ℝ Hip. Abd. sdr.
PRE's
Continue through Nov 2000

J. Spence Reid, M.D.
NAME (Please Print)                    M.D./D.O.

MD 038406 E
LICENSE

D.E.A. REG. NO.

SUBSTITUTION PERMISSIBLE
IN ORDER FOR A BRAND NAME
PRODUCT TO BE DISPENSED, THE
PRESCRIBER MUST HANDWRITE "BRAND
NECESSARY" OR "BRAND MEDICALLY
NECESSARY" IN THE SPACE BELOW.

_____ M.D./D.O.

**Muhlenberg Hospital Center**
2545 Schoenersville Road
hlehem, PA  18017-7384

**PHYSICAL THERAPY PROGRESS NOTES**
SEQ# 1235 (5/91)

**PATIENT NAME:** Vail, Kenneth          **PATIENT I.D.#** 64587470

S: Pt reports feeling as if he got a good workout today. "I will sleep good tonight"

O: Pt started c̄ treadmill x 5 min followed by ex and stretches as per flow sheet. c̄ addition of slide board. Pt also assessed jogging on treadmill x 1 min. Demonstrated slight Trendelenburg gait c̄ increased speed.

A: Pt tolerated all treatment well.

P: Cont. to progress ex as tolerated c̄ addition of light jog on treadmill.

                                    Diane L Donne SPT / B.J. Boyle PT, MS, CSCS

6/00 S: Pt states "I'm doing great".

O: Pt started off c̄ treadmill for 11 min total c̄ 1.5 min walk then 30 sec run @ 4.7 mph and then walk and continuous cycle until time was up. Pt. then was instructed in and performed the ex as outlined in chart. Pt. finished c̄ stretching and treadmill x 5 min.

A: Pt tolerated all treatment well. Did well c̄ the running on the treadmill.

P: Continue c̄ PT x 4 more weeks per new prescription 2x/wk.                    B.J. Boyle PT, MS, CSCS

8/00 S: Pt states "I stood on my feet last night for ~3 hrs so I am sore today. I really was not too sore from the last session."

O: Pt. started off c̄ 1 min walking followed by 30 sec of jogging @ 4.7 mph repeated 3 times. Pt. then finished c̄ 5 min of walking on treadmill. Pt. then instructed in and performed shortened workout as outlined in sheet ® backside of chart. Reduced weight 5 reps as noted per pt. request. Pt. finished c̄ stretching B/L LE.

A: Pt tired from last 2 days and unable to tolerate full session.

P: Continue c̄ PT for ® hip ROM c̄ strengthening the ex                    B.J. Boyle PT, MS, CSCS

11/13/00 S: Pt states, "I feel great today. Much better than I did last session."

O: Pt. started off on treadmill as follows: 1 min walk, 1 min run @ 4.7 mph, 1 min walk, followed by 1 min run @ 4.9 mph, 1 min walk, 1 min run @ 5 mph, 1 min walk, 45 sec jog @ 4.9 mph, 1 min walk, 30 sec run @ 5.5 mph, 30 sec walk, 30 sec run @ 5.5 mph. Pt. then performed the ex as outlined in sheet ® backside of chart. Pt. finished c̄ stretching the ex. Pt. instructed to continue c̄ HEP.

A: Pt. tolerated all treatment well. Progressing c̄ running.

P: Next session start c̄ agility exercise and jumping rope                    B.J. Boyle PT, MS, CSCS

Muhlenberg Hospital Center
2745 Schoenersville Road
Bethlehem, PA 18017-7384

PHYSICAL THERAPY PROGRESS NOTES
SEQ# 1235 (5/91)

PATIENT NAME: Vail, Kennetts.     PATIENT I.D.# 64587470

| | |
|---|---|
| 3/00 | S: Pt states "My Hamstrings are really sore today. I went pretty hard on my bike the other day, but I am surprised they are so sore." |
| | O: Pt started off c̄ treadmill walking x 12 min followed by ther ex as outlined in sheet ① hardside of chart. Pt finished c̄ stretching x 5 min. Pt instructed not to perform HEP 10/10/00 but wait until next session 10/11/00 2° Delayed onset muscle soreness. Pt verbalized understand. |
| | A: Pt tolerated all treatment well. Added squats and lunges c̄ no reported problems. |
| | P: Continue c̄ PT to increase ROM & strength ————————— B.J.Boyd PT, MS, OCS |
| 10/11/00 | S: Pt states "I just stretched yesterday and I feel better today. Definitely pleased c̄ my progress". |
| | O: Pt started off c̄ treadmill walking x 12 min followed by ther ex as outlined in sheet ① hardside of chart. Pt finished c̄ treadmill x 10 min and fast stepping ® LE. |
| | A: Pt tolerated all treatment well. Progressing nicely. |
| | P: Continue c̄ PT to increase ROM & strength ® LE ————————— B.J.Boyd PT, MS, OCS |
| 10/16/00 | S: Pt states "I was a little stiff p̄ the last treatment session, but a little stretching the day after and I was fine." |
| | O: Pt started off c̄ treadmill x 12 min followed by exercise as outlined in sheet ① hardside of chart. Pt continues to lack ® hip extension strength c̄ gait. Added ® iliopsoas stretch 2° pt tight in that muscle. Pt finished c̄ bike x 10 min. |
| | A: Pt tolerating all treatment well. Progressing toward all goals. |
| | P: Continue c̄ PT to increase ROM & strength ® hip. ————————— B.J.Boyd PT, MS, OCS |
| 10/18/00 | S: Pt states "I noticed yesterday for the first time that I didn't need to ~~exercise~~ think about my walking". |
| | O: Pt started off on treadmill x 8 min followed by ther ex as outlined in sheet ① hardside of chart. Many exercises were excluded this date 2° pt's time constraints. Pt instructed to continue c̄ HEP on own. |
| | A: Pt tolerated all treatment well. Progressing nicely. |
| | P: Progress to quick gait / light jog and continue ther ex to increase ROM & strength ————————— B.J.Boyd PT, MS, OCS |

Muhlenberg Hospital Center
2545 Schoenersville Road
Bethlehem, PA  18017-7384

PHYSICAL THERAPY PROGRESS NOTES
SEQ# 1235 (5/91)

| DATE | PATIENT NAME: Vail, Kenneth | PATIENT I.D.# 64587470 |
|---|---|---|

9/18/00 Pt was seen by PT for initial examination. Please refer to consult for details. — B.J.B. PT, MS, CHS

9/20/00 S: Pt states, "I have had no problems c̄ my home exercise program."

O: Pt started off c̄ MHP to ® hip in sidelying c̄ pillow between his knees x15 min. Pt ambulating ↑ c̄ spc and antalgic gait ® LE. Pt was instructed in and performed ther ex as outlined in sheet (1) handside of chart. Pt instructed to continue c̄ one leg stance and abdominal work at home. Pt reported to ice @ home.

A: Pt tolerated all treatment well. Should progress quickly once ROM is normal to wnre.

P: Continue c̄ PT for ® hip ther ex to increase ROM & strength — B.J.B. PT, MS, CHS

9/25/00 S: Pt states, "I haven't had any problems and I notice things are getting a lot easier."

O: Pt ambulating c̄ decreased antalgic gait ® LE c̄ spc. Pt started off c̄ treadmill x10 min followed by ther ex as outlined in sheet (1) handside of chart. Pt requested to ice @ home. Pt provided c̄ black theraband.

A: Pt progressing well. Increased ROM and strength ® LE.

P: Continue c̄ PT to increase ROM and strength ® LE s/p ORIF ® femur — B.J.B. PT, MS, CHS

9/27/00 S: Pt states "I am feeling better every day." No reported problems. Pt reports riding his bike on the roads.

O: Pt started off c̄ treadmill x10 min followed by flexibility ther ex and strength ther ex as outlined on sheet (1) handside of chart. Pt finished c̄ 10 min on stationary bike.

A: Pt tolerated all treatment well. Progressing c̄ all outcomes.

P: Continue c̄ PT for ® hip to increase ROM & strength — B.J.B. PT, MS, CHS

10/2/00 S: Pt reports no problems & that he feels better daily.

O: Pt started off c̄ stationary bike x10 min followed by ther ex as outlined in the sheet ® handside of chart. Pt finished c̄ treadmill x10 min. Instructed pt to continue c̄ HEP on own.

A: Pt tolerated all treatment well. Making progress toward all goals.

P: Continue c̄ PT for strength and ROM — B.J.B. PT, MS, CHS

10/4/00 S: Pt reports "I notice a difference everyday."

O: Pt ambulating ® c̄ spc this session c̄ only mild antalgic gait. Pt stood off c̄ treadmill x10 min followed by ther ex as outlined in sheet (1) handside of chart. Pt finished c̄ bike x10 min.

A: Pt tolerated all treatment well. Will progress ther ex program next session.

P: Continue c̄ PT to increase ROM & strength ® LE — B.J.B. PT, MS, CHS

Muhlenberg Hospital Center
545 Schoenersville Road
Bethlehem, PA 18017-7384

PHYSICAL THERAPY PROGRESS NOTES
SEQ# 1235 (5/91)