IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH T. VAIL,                      :
                                      :   NO.  02-CV-2933
         Plaintiff                    :
                                      :
   v.                                 :
                                      :
HARLEYSVILLE GROUP, INC.              :
                                      :
                                      :
         Defendant                    :

**PLAINTIFF KENNETH T. VAIL'S RESPONSE TO DEFENDANT'S
STATEMENT OF UNDISPUTED FACTS**

1.   Admitted.

2.   Admitted.

3.   It is admitted that there is an Employee Manual.  It is unknown if a copy is provided to all incoming employees.

4.   Admitted.

5.   Admitted.

6.   Admitted.

7.   Admitted.

8.   Denied as stated.  The document speaks for itself.

9.   Admitted.

10.  Admitted.

11.  Admitted.

12.  Admitted.

13.  Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Denied as stated.

21. Admitted.

22. Admitted.

23. Admitted.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. It is admitted that there were criticisms of performance after Plaintiff's injury.

30. Admitted.

31. Admitted.

32. Denied as stated.

33. Admitted.

34. Admitted.

35. Admitted.

36. Admitted.

37. Denied as stated.

38. Denied as stated.

39. Admitted.

40. It is not known if sick leave or vacation leave had been accumulated, and therefore the averment is denied.

41. Denied.

42. Admitted.

43. Admitted.

44. Denied.

45. Admitted.

46. Denied.

47. Admitted.

48. Admitted.

49. Admitted.

50. Denied as stated.

51. Admitted.

52. Admitted.

53. Denied.

54. Admitted.

55. Admitted.

56. Admitted.

57. Denied.

58. Admitted.

59. Admitted.

60. Admitted.

61. Denied as stated.

62. Denied as stated.

63. Admitted.

64. Admitted.

65. Denied as stated.

66. Admitted.

67. Admitted.

68. Denied.

69. Admitted.

70. Denied as stated.  The documents speak for themselves.

71. Denied as stated.  The documents speak for themselves.

72. Admitted.

73. Admitted.

74. Admitted.

75. Denied as stated.

76. Admitted.

77. Admitted.

78. Admitted.

79. Admitted.

80. Admitted.

81. Admitted.

82. Admitted.

83. Denied as stated.

84. Admitted.

85. Admitted.

86. Denied.

87. Admitted.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

92. Denied.

93. Admitted.

94. Denied.

95. Admitted.

96. Admitted.

97. Admitted.

98. Admitted.

99. Denied as stated.

100. Denied.

101. Admitted.

102. Denied.

103. Denied.

104. Denied.

105. It is admitted that Plaintiff received a severance package.

106. Denied.

107. Denied as stated.

108. Denied.

109. Admitted.

110. Admitted.

111. Admitted.

112. Admitted.

113. Admitted.

114. Admitted.

115. Admitted.

116. Admitted.

117. Admitted.

118. Admitted.

119. Admitted.

120. Admitted.

121. Denied as stated. The document speaks for itself.

122. Admitted.

123. Admitted.

124. Admitted.

125. Admitted.

126. Admitted.

127. Admitted.

128. Admitted.

129. Admitted.

130. Denied.

131. Admitted.

132. Admitted.

133. Denied.

134. Admitted.

135. Admitted.

136. Admitted.

137. Admitted.

138. Admitted.

139. Admitted.

140. Admitted.

141. Admitted.

142. Denied as stated.

143. Denied as stated.

144. Denied as stated.

145. Admitted.

146. Denied as stated.

147. Admitted.

148. Admitted.

149. Denied as stated.

150. Admitted.

          Respectfully submitted,

_____
DONALD P. RUSSO
Attorney for Plaintiff
117 East Broad Street
P.O. Box 1890
Bethlehem, PA 18016-1890
(610) 954-8093
Attorney I.D. #25873