EXHIBIT "B"

## CURRICULUM VITAE

| | |
|---|---|
| **NAME:** | Mark D. Avart, D.O. |
| **DATE OF BIRTH:** | August 2, 1953 |
| **CITIZENSHIP:** | U.S.A. |
| **MARITAL STATUS:** | Married |
| **DEPENDENTS:** | Three |

**ADDRESSES:**

**Home:**

840 Roscommon Road
Bryn Mawr, PA 19010
(610) 525-7726

**Offices:**

The Philadelphia Orthopedic Group

Bala Cynwyd Office
Two Bala Plaza, Ste. IL1
Bala Cynwyd, PA 19004
(610)667-7712

Northeast Philadelphia Office
6521-25 E. Roosevelt Blvd.
Philadelphia, PA 19149
(215) 537-9450

**DEGREE:**  Doctor of Osteopathy

**HOSPITAL STAFF APPOINTMENTS:**

Graduate Hospital

Parkview Hospital

**TEACHING:**

Resident Training Program: Orthopedic Residents
Graduate Hospital and Parkview Hospital

Associate Professor, Department of Orthopedic Surgery
Philadelphia College of Osteopathic Medicine, Faculty for
Lectures to second year students in orthopedics

**PROFESSIONAL SCHOOL:**

Philadelphia College of Osteopathic Medicine

-2-

**INTERNSHIP:** Rotating Type: Osteopathic Medical Center of Philadelphia
Philadelphia, PA          July 1979 – June 1980

**RESIDENCY:** Orthopedic Surgery: Osteopathic Medical Center of Phila.
Philadelphia, PA          July 1980 – June 1984
Chief Resident:          July 1983 – June 1984

**ADDITIONAL POST-
GRADUATE STUDIES:** **Sports Medicine:** Dr. Philip Marone, Team Physician
Philadelphia Phillies, Methodist Hospital
Philadelphia, PA          April – June 1981

**Pediatric Orthopedics:** Drs. Steel and Clancy, Shriner's
Hospital, Philadelphia Division
Philadelphia, PA          April – June 1982

**General Orthopedics:** Drs. Neuman and Stepanuk,
Metropolitan Hospital
Philadelphia, PA          July – October 1982

**Hand Specialty Training:** Drs. Bora and Osterman,
Hospital of the University of Pennsylvania
Philadelphia, PA          April – May 1983

**LICENSURE:** Pennsylvania: OS-004440-L          June 1980
New Jersey:    44638              July 1984

**CERTIFICATION:** National Board of Osteopathic Examiners

American Osteopathic Association of Orthopedic
Surgeons: Board Certified: 1987

**EDUCATION:** Lower Merion High School: 1971

University of Pennsylvania
Philadelphia, PA          September 1971-May 1975

Philadelphia College of Osteopathic Medicine
Philadelphia, PA          August 1975 – June 1979

**AWARDS/SOCIETIES/
MEMBERSHIPS:** High School: B'Nai High School Scholar Athlete, 1971
College: Member Alpha Tau Omega, National Fraternity

-3-

B'Nai Birth Sports Lodge
College Scholar Athlete, 1975
All Ivy Lacrosse Honors, 1975

Medical School:  American Student, Osteopathic Medical
Association, 1975
American Osteopathic Association of Surgeons
New Jersey Association of Physicians and Surgeons
Pennsylvania Osteopathic Medical Association

**PAPERS AND
PRESENTATIONS:**
**Pigmented Villanodular Synovitis of the Hip**, Review of
Literature:  Submitted to American Osteopathic Orthopedic
Association, June 1982

**Plica Syndrome**, Submitted to American Osteopathic
Orthopedic Association, June 1982

**Malignant Fibrous Histicytoma Associated with Paget's
Disease**, Submitted to American Osteopathic Association,
June 1983

**Ipsilateral Femoral Shaft Fractures, Alternative
Methods of Treatment**, AOA,  June 1984

**Rare Malignant Bone Tumors**, Exhibit at National
Osteopathic Association of Specialists, 2nd Prize Award
Toronto, Canada                   October 1983

**Physical Exam of the Shoulder and Elbow**, Presentation
Of CME Lecture Series, PCOM  March 24, 1983

**COURSES:**
Annual Orthopedic Pathology and Radiology, Temple
University School of Medicine
Philadelphia, PA                   1980-1982

Modern Concepts in Fracture Management, American
Academy of Orthopedic Surgeons
Los Angeles, CA              December 1-5, 1980

Practical Sports Medicine
Temple University School of Medicine
Atlantic City, NJ                April 9-11, 1981

-4-

11th Annual Visiting Professor Lecture Series, Thomas
Jefferson University School of Medicine, Department
Of Orthopedics, Dr. Roby Thompson
Philadelphia, PA               April 30-May 1, 1981

Emergency Treatment of Orthopedic & Sport Injuries
Boston School of Medicine
Mt. Snow, VT                   February 13-18, 1983

Philadelphia Pediatric Orthopedic Day, The Children's
Hospital of Philadelphia
Philadelphia, PA               April 16, 1983

AO/ASIF Basic Course of Operative Treatment of
Fractures and Nonunions
Hot Springs, VA                April 17-23, 1983

Chymopapain Discolysis and Injection Technique,
Certified AOAO                 October 18, 1983

American Osteopathic Academy of Orthopedics Post
Graduate Seminar, Dearborn, MI     May 3-4, 1996

Sports Related Injuries in the Shoulder and Knee, AOAO
Kansas City, MO                May 1-2, 1998

Revised 11/01



THE CENTER FOR FORENSIC
# ECONOMIC STUDIES
RESEARCH ■ CONSULTING ■ LITIGATION SUPPORT

## BIOGRAPHICAL HISTORY
## Brian P. Sullivan, Ph.D.

**B**RIAN P. SULLIVAN, vice president of the Center for Forensic Economic Studies, received his doctoral degree in Microeconomic Theory and Econometrics from the University of North Carolina at Chapel Hill in 1974. He received University of North Carolina and National Defense Education Act (NDEA) fellowships. He served as a consultant to the U.S. Department of Labor's Bureau of International Labor Affairs, and as an instructor of economics at the North Carolina State University at Raleigh. He received a Ford Foundation grant for the study of economic education at the University of Indiana.

Prior to joining The Center for Forensic Economic Studies, Dr. Sullivan served in a senior management position at a regional telephone company. As a consultant on utility matters, he has directed analyses of regional teleports, state utility rate structures, and Federal antitrust activity in relation to the AT&T divestiture.

Dr. Sullivan served as an economist with the Federal Reserve Bank of Dallas, Texas, where he created statistical and econometric models forecasting fixed business investment, residential investment and regional indexes of industrial production and capacity utilization. He also served as an economist with the Federal National Mortgage Association (Fannie Mae), developing statistical models to predict yields on Fannie Mae's biweekly auctions of commitments on FHA-VA and conventional mortgages.

As Senior Economist and Manager of Industry Impact Studies at the American Petroleum Institute, Dr. Sullivan analyzed the economic impact of crude oil price deregulation, the windfall profits tax and various government regulations pertaining to bonus bidding for leases on the Federal Outer Continental Shelf (OCS). He is co-author of a study on OCS bidding regulations, published in The Journal of Economics and Business. He is also co-author of a study documenting the impact of changing fuel prices on electric utilities' use of coal, oil and gas as boiler fuels, which appeared in The Energy Journal.

Dr. Sullivan lectures in law at Temple University School of Law. He has also served on the faculties of the North Carolina State University, Northern Virginia Community College and the Virginia Polytechnic Institute. He is a consultant to the Gilberton Coal Company in its effort to create the country's fist viable coal-to-gasoline plant. He has conducted numerous Bell System seminars and has lectured on economic damages before the New York State Association of Defense Lawyers, the District of Columbia Employment Law Plaintiff's Bar and other bar groups. Dr. Sullivan was chosen to testify as the economist at a mock trial held before the American Bar Association Section on Labor and Employment at the ABA 1993 Annual Meeting. Dr. Sullivan's published articles include analyses of the statistical properties of hedonic damages, which appeared in the Journal of Forensic Economics.

1608 Walnut Street, Eighth Floor, Philadelphia, Pennsylvania 19103     (215) 546-5600
Penn Plaza Center, Suite 3600, 250 West Thirty Fourth Street, New York, NY 10119     (212) 873-5855
2201 "I" Street, N.W., Suite 300, Washington, DC 20005     (202) 530-8808
3102 Oak Lawn Avenue, Suite 700, Dallas, Texas 75219     (214) 210-2917
cfes@cfes.com          http://www.cfes.com

THE CENTER FOR FORENSIC
# ECONOMIC STUDIES
RESEARCH ■ CONSULTING ■ LITIGATION SUPPORT

## CURRICULUM VITAE
## BRIAN P. SULLIVAN, Ph.D.
### Vice President

## EDUCATION

University of North Carolina - Chapel Hill. September 1970 - June 1974
Ph.D. in Economics.
Areas: Microeconomic Theory, Econometrics.
Dissertation: New Estimates of the Translog Production Function
in U.S. Manufacturing.

King's College - Wilkes-Barre, Pennsylvania
September 1966 - June 1970
B.A. in Economics.

## AWARDS AND HONORS

University of North Carolina Research Fellowship, 1970.

National Defense Education Act Fellowship, 1971.

University of North Carolina Teaching Fellowship, 1972-1973.

Ford Foundation grant for Economics Education, University of Indiana, 1973.

Omicron Delta Epsilon - Economics Honor Society, 1972.

## CURRENT POSITION

**Senior Economist,** the Center for Forensic Economic Studies, May 1987 to present.
Responsibilities: Preparation of analyses and testimony on such matters as lost
earnings due to personal injury and death; employment discrimination (economic
damages and statistical assessment of liability); commercial litigation; health eco-
nomics; and public-utility rate-making.

## PREVIOUS EXPERIENCE

**Executive Economist**, R.W. Beck and Associates, April 1986 to May 1987.
Responsibilities: Direct and perform statistical and econometric analyses of
telecommunications demand. Evaluate new business opportunities in the
telecommunications industry. Prepare and present testimony on rates, costs and
engineering of telephone systems.

1608 Walnut Street, Eighth Floor, Philadelphia, Pennsylvania 19103     (215) 546-5600
Penn Plaza Center, Suite 3600, 250 West Thirty Fourth Street, New York, NY 10119     (212) 873-5855
2201 "I" Street, N.W., Suite 300, Washington, DC 20005     (202) 530-8808
3102 Oak Lawn Avenue, Suite 700, Dallas, Texas 75219     (214) 210-2917
cfes@cfes.com     http://www.cfes.com

# CURRICULUM VITAE
# BRIAN P. SULLIVAN, Ph.D.

## PREVIOUS EXPERIENCE

**Director - Account Management and Advertising**, Southern New England Telephone, November 1983 to March 1986. Responsibilities: Develop and implement marketing communications directed toward customers of the cellular mobile, Yellow Pages, telephone network, and premises equipment lines of business.

**Staff Manager - Business Development**, Southern New England Telephone, April 1983 to November 1983. Responsibilities: Analyze and assess business plans of start-up long distance companies regarding potential investment. Develop and present market analyses of new lines of business.

**Division Manager - Business Research**, Southern New England Telephone, August 1979 to April 1983. Responsibilities: Develop and present testimony before public utility commissions on the demand for and cost of telephone service and on telephone company productivity issues. Supervise and direct market research studies, attitude studies, sampling and separations studies and public communication studies.

**Senior Economist and Manager - Industry Impact Studies,** American Petroleum Institute, February 1977 to August 1979. Responsibilities: Analyze government regulations concerning bidding practices for offshore leases, and regulations defining maximum lawful prices for crude oil and refined petroleum products.

**Economist,** Federal National Mortgage Association, July 1976 to February 1977. Responsibilities: Applying statistical, mathematical and quantitative techniques to assess mortgage and housing markets.

**Economist,** Federal Reserve Bank of Dallas, June 1974 to June 1976. Responsibilities: Develop, maintain and update forecasts of private fixed business investment, investment in residential structures and inventory investment. Develop and maintain models to compute various regional indexes of industrial production and capacity utilization.

## CONSULTING

**Econometric Modeling** (Self-Employed) 1979. Responsibilities: Develop a model to be used to predict the unit cost of sonobuoys by major functional type. Client: U.S. Navy, Naval Air Command.

## CURRICULUM VITAE
## BRIAN P. SULLIVAN, Ph.D.

### BOARD MEMBERSHIP

**Advisory Council, William G. McGowan School of Business at King's College,** Wilkes-Barre, PA, 1993.

### ACADEME

**Lecturer in Law,** Temple University School of Law (1989). Taught classes in economic damages in litigation.

**Guest Lecturer**, Temple University School of Law program in Advanced Trial Advocacy, 1992 - present.

**Adjunct Professor** - Northern Virginia Community College, 1978-1979.  Taught business statistics.

**Adjunct Professor** - Virginia Polytechnic Institute, 1979.  Taught graduate level econometrics course.

**Instructor** - North Carolina State University, 1973-1974.  Taught principles of economics.

**Teaching Assistant** - University of North Carolina, 1972-1973.  Taught business and economic statistics.

### PAPERS AND PUBLICATIONS

"New Estimates of the Translog Production Function in U.S. Manufacturing," unpublished Ph.D. dissertation, University of North Carolina, Chapel Hill, 1974.

"Unemployment Rate Gives Only Part of the Picture," Business Review, Federal Reserve Bank of Dallas, Texas, January 1975.

"Changes to Texas Index Present Different Picture," Business Review, Federal Reserve Bank of Dallas, Texas, September 1975.

"New Texas Index Assess Utilization," Business Review, Federal Reserve Bank of Dallas, Texas, September 1975.

## CURRICULUM VITAE
## BRIAN P. SULLIVAN, Ph.D.

### PAPERS AND PUBLICATIONS

"New Benefit Plan Proposed as Solution to Nation's Needs," Business Review, Federal Reserve Bank of Dallas, Texas, November 1975.

"Methodology of the Texas Industrial Production Index," Technical Paper, Federal Reserve Bank of Dallas, Texas, 1975.

"Methodology of the Texas Manufacturing Capacity Utilization Index," Technical Paper, Federal Reserve Bank of Dallas Texas, 1975

"Crowding Out Estimated From Large Econometric Model," Business Review, Federal Reserve Bank of Dallas, Texas, June 1976.

"New Louisiana Index Dominated by Mining," Business Review, Federal Reserve Bank of Dallas, Texas, July 1976.

"Estimates of a Capital Shortage?" The Seller/Servicer, Federal National Mortgage Association, February 1977.

"Analysis of FEA's Middle Distillate Monitoring Index," Briefing Paper, American Petroleum Institute (July 1977).

"The Joint Bidding Ban: Pro and Anti-Competitive Theories of Joint Bidding in OSC Lease Sales," (1979), with Paul Kobrin, American Petroleum Institute, Technical Paper #013; also in Journal of Economics and Business, Vol. 33 (1981).

"Interfuel Substitution - Upper Bound Estimates," with Donna Siemon, The Energy Journal, Vol. 2 (1981).

"Equal Access: Who Benefits - Who Pays?" Changing Patterns in Regulation, Markets and Technology: The Effects on Public Utility Pricing, H. Trebing (ed.) (1984).

"A Study of Bypass in Colorado: Policy Conclusions from Economic Theory and Empirical Research," with Alan Baughcum and Nancy Hughes, presented at Telecommunications Policy Research Conference, Airlie House, Virginia (1986).

"The Costs and Benefits of Divestiture - A Preliminary Assessment," Brooklyn College, Brooklyn, NY (May 1986).

"Expanding Service Markets," presented at New Business Opportunities for LECs, Telecommunications Conference Center, Arlington, VA (October 1986).

## CURRICULUM VITAE
## BRIAN P. SULLIVAN, Ph.D.


**PAPERS AND PUBLICATIONS**


"Deregulation of Local Exchange and Its Interaction With Access Charges," The Institute for Public Utilities, Michigan State University (July 1987).

"The Telco and the Large User: Are They Adversaries?" A panel discussion at The Eastern Telecommunications Showcase, United States Telephone Association, Indianapolis (February 1987). Also presented at the Western Telecommunications Showcase, Las Vegas, Nevada (April 1987).

"Fatherhood by the Numbers," with Samuel Kursh, The Legal Intelligencer (February 1988).

"Reducing Your Exposure: Defense of Toxic Tort Damages," with Jerome Staller, in Practical Approaches to Reduce Environmental Cleanup Costs, Practising Law Institute No. 317, (1988) .

"Direct Calculation More Accurate for Wrongful Death Damages," New York Law Journal, (February 9, 1988).

"Expediting Waste Site Cleanup Through Citizen Settlements," with Michael Italiano and Jerome Staller. Bureau of National Affairs Toxic Law Reporter (March 1989).

"Prejudgment Interest: A Logical Solution," New York Law Journal (August 30, 1989).

"Plaintiffs Get More Leverage in Race Discrimination Suits," with Jerome M. Staller, Pennsylvania Law Journal-Reporter, (April 16, 1990).

"The Use of Expert Witnesses in New York Personal Injury Actions," with Bruce Lederman, New York Negligence Practice Guide, Matthew Bender and Co. (August 1990).

"Just the Facts: Developing Information Sources for Economic Damages," New York Negligence Reporter, Vol. 2 (October 1991).

"The Periodic Payment Statutes: Suggestions on 'Corrective' Testimony," New York Negligence Reporter, Vol. 2, No. 11 (November 1991).

"Comment on the Accuracy and Usefulness of Hedonic Loss Estimates," Journal of Forensic Economics, Vol. V, No. 1 (Winter 1992).

CURRICULUM VITAE
# BRIAN P. SULLIVAN, Ph.D.

**PAPERS AND PUBLICATIONS**

"Limiting Damages in Employment Discrimination Claims," with Jerome M. Staller, For the Defense, Vol. 35, No. 12 (December 1993).

"Current State of CPLR Articles 50-A, 50-B: Few Answers, New Questions," with Jerome M. Staller and Kenneth Mauro), New York Law Journal, January 27, 1994.

"Value of Life Estimates: Too Imprecise for Courtroom Use," with Jerome M. Staller and Edward A. Friedman, Journal of Forensic Economics, Vol. VII, No. 2 (Spring/Summer 1994).

"HIV and the Americans With Disabilities Act: A Cautionary Tale," with Barbara O'Connell and Jerome M. Staller, Claims Magazine, March 1996.

"Special Problems With Value-Of-Life Estimates Based on Wage-Risk Studies In The Miller Survey: A Note," with Jerome M. Staller and Edward A. Friedman, Journal of Forensic Economics 10(1), Winter 1997.

"The Duty to Mitigate: Sources of Evidence," BNA's Employment Discrimination Report, July 22, 1998.

"A Checklist of Sources for Calculating Back Pay," BNA's Employment Discrimination Report, October 21, 1998.

"Special Problems With Value-Of-Life Estimates Based on Wage-Risk Studies In The Miller Survey: A Reply to Dr. Gilbert," with Jerome M. Staller and Edward A. Friedman, Journal of Forensic Economics 12(1), Winter 1999.



THE CENTER FOR FORENSIC
# ECONOMIC STUDIES
RESEARCH ■ CONSULTING ■ LITIGATION SUPPORT

## BIOGRAPHICAL HISTORY
## JEROME M. STALLER, Ph.D.

**J**EROME M. STALLER, president of the Center for Forensic Economic Studies, has been admitted to testify as an expert witness before state and federal courts on a wide range of forensic-economic issues involving damages and liability in commercial, antitrust, injury and employment litigation.

Dr. Staller has provided analysis and testimony in numerous cases of national significance. He was appointed by the court as the expert economic witness in the national Bendectin mass-tort litigation. His testimony on probable retirement age in *Finch v. Hercules* established new law on statistical evidence.

Prior to founding the Center for Forensic Economic Studies, Dr. Staller served as a senior economist at several federal agencies, including the Pay Board, the Cost of Living Council, and the Department of Labor. At those agencies, he addressed a wide range of policy issues, including general macro policy, wage policies, welfare reform, inflationary impact analysis, local labor market information policy, immigration policy, bargaining policies, and general manpower policies.

Dr. Staller received his doctorate in Labor Economics and Statistics from Temple University in 1975. During the course of his studies, Dr. Staller was the recipient of Temple University and U.S. Department of Labor fellowships.

He has published and presented papers on a variety of topics, including commercial litigation, business valuation, assessment of market share, structured settlements, relative wages and escalation, treatment of escalators under wage and price controls, the impact of stabilization on the collective bargaining process, the impact of energy policy on the supply and demand for labor and a variety of other legal / economic issues.

He has lectured before bar organizations and judicial conferences, and he serves as consulting editor to Medical Malpractice Law and Strategy and Product Liability Law and Strategy.

Dr. Staller is a lecturer in law at Temple University Beasley School of Law, where he teaches a course on the use of economics and statistics in commercial, personal injury, and employment litigation. He served as an associate professor on the faculty of the University of Maryland. He also taught at Pennsylvania State University and St. Joseph's University. He serves on the panels of the American Arbitration Association and the National Center for Dispute Settlement. He is a member of the American Economics Association, the Industrial Relations Research Association, and Omicron Delta Epsilon-Economics Honorary Society.

Dr. Staller's book "What Are the Chances: Risks, Odds and Likelihood in Everyday Life," written with Bernard Siskin, Ph.D. and David Rorvik, was published by Crown Publishing in 1989.

CURRICULUM VITAE

# JEROME M. STALLER, Ph.D.

President, The Center for Forensic Economic Studies

## EDUCATION

Temple University,  Ph.D. in Economics, 1975.
Areas:  Economic Theory, Labor-Manpower, Urban-Regional, Statistics.
Dissertation:  "The Impact of Bargaining on Faculty in Two-Year Public Colleges."

Temple University, B.A. in Economics, 1967

## AWARDS AND HONORS

Temple University Fellowship for study in Economics, 1968-1970.

United States Department of Labor Research Fellowship, 1967-1968.

Omicron Delta Epsilon - Economics Honor Society, 1969.

## GOVERNMENT EXPERIENCE

Senior Staff Economist, U.S. Department of Labor, Office of the
Assistant Secretary for Policy, Evaluation and Research, November, 1973 -1980.

Chief of Wage Analysis, Cost of Living Council, Washington, D.C.,
January 1973 - November 1973.

Labor Economist, Pay Board, Washington, D.C., August 1972 - January 1973.

## ACADEME

Adjunct Lecturer in Law, Temple University School of Law. Damages and Statistics
in Litigation.

Guest Lecturer, Villanova University School of Law. Forensic Economics.

Associate Professor, University of Maryland University College, 1975-1980.
Courses taught:  Labor Economics, Labor Relations.

Instructor, Pennsylvania State University, Media, Pennsylvania, 1968-1974.
Courses taught:  Micro and Macro Economics, Statistics.

Lecturer, St. Joseph's University, Philadelphia, PA, January 1972 - September, 1972.

Coordinator, Phi Delta Kappa - Temple University. Research Symposium on
Employment Relations in Higher Education, November 1968.

1608 Walnut Street, Eighth Floor, Philadelphia, Pennsylvania 19103    (215) 546-5600
Penn Plaza Center, Suite 3600, 250 West Thirty Fourth Street, New York, NY 10119    (212) 873-5855
2201 "I" Street, N.W., Suite 300, Washington, DC 20005    (202) 530-8808
3102 Oak Lawn Avenue, Suite 700, Dallas, Texas 75219    (214) 210-2917
cfes@cfes.com        http://www.cfes.com

CURRICULUM VITAE
JEROME M. STALLER, Ph.D.

PAPERS AND PUBLICATIONS

"Using Regression Analysis," Product Liability Law & Strategy, February 2004.

"The 'Lost Chance' Theory of Recovery," Medical Malpractice Law & Strategy, January 2004.

"Discovery on Economic Loss: Beware of Placing a Value on Careers," Product Liability Law & Strategy, October 2002.

"Mandatory Periodic Payments Not a Panacea for High Costs," Medical Malpractice Law & Strategy, April 2002.

"Attorney Fees and Other Mysteries of HB 1802," The Pennsylvania Law Weekly, April 15, 2002.

"Statistical Problem Areas in Economic Damages Evidence," Medical Malpractice Law & Strategy, September 2001.

"Judge Posner: 'There's a Role for Professional Associations to Play in Screening Experts,'" BNA Inc. Expert Evidence Report, September 10, 2001.

"Effective Cross-Examination on Economic Damages in Products Liability Cases," Product Liability Law & Strategy, May 2001.

"The Application of Daubert and Kumho to Nonscientific Testimony," Medical Malpractice Law & Strategy, January 2001.

"A Basic Checklist for Economic Damages," Product Liability Law & Strategy, January 2001.

"Criticism Mounts of 'New Worklife Tables' As Estimate of Lost Time," Medical Malpractice Law & Strategy, June 2000.

"Some Vocational Testimony Exceeds Bounds," Product Liability Law & Strategy, June 2000.

"Delayed-Diagnosis Damages: A Gray Area in Need of Clarification," Medical Malpractice Law & Strategy, November 1999.

"Special Problems With Value-Of-Life Estimates Based on Wage-Risk Studies In The Miller Survey: A Reply to Dr. Gilbert," with Edward A. Friedman and Brian P. Sullivan, Journal of Forensic Economics 12(1), Winter 1999.

# CURRICULUM VITAE
## JEROME M. STALLER, Ph.D.

### PAPERS AND PUBLICATIONS

"Do Claims Make Sense?" Medical Malpractice Law & Strategy, December 1998.

"Court Differentiates Between Title VII Damage Awards," Lexis Xchange Labor & Employment Law Web page, www.lexis.com, April, 1998.

"An HMO's Responsibility to Disclose Economic Incentives," Medical Malpractice Law & Strategy, December 1997.

"Special Problems With Value-Of-Life Estimates Based on Wage-Risk Studies In The Miller Survey: A Note," with Brian P. Sullivan and Edward A. Friedman, Journal of Forensic Economics 10(1), Winter 1997.

"Is the Hedonic Damages Party Almost Over?" with Scott F. Gibson, For the Defense, August 1997.

"Beware of Vocational Experts Using Flawed Worklife Tables," Product Liability Law & Strategy, May 1997.

"Court Accepts Economic Testimony on Projected Age of Retirement," The Legal Intelligencer, December 5, 1996.

"Defending on Economic Damages Claims," paper delivered to The Annual Symposium on Head Injury Claims, November 21, 1996, Hilton Head Island, South Carolina.

"Strategies to Scrutinize When Structuring Settlements," Product Liability Law and Strategy, October 1996.

"HIV and the Americans With Disabilities Act: A Cautionary Tale," with Barbara O'Connell and Brian P. Sullivan, Claims magazine, March 1996.

"Little-Known Study May Prove Fatal to 'Hedonic' Testimony," Medical Malpractice Law & Strategy, January 1996.

"Misleading Analyses Fail to Prove Reduced IQ Linked to Income," with Edward Friedman, Product Liability Law & Strategy, November 1995.

"Economic Analysis in Forensic Rehabilitation," Chapter in The Handbook of Forensic Rehabilitation, HDI Publishers, Houston 1995.

Expert reports for the National Institute for Trial Advocacy's mock-trial materials in *Polisi v. Clark* and *Parker v. Gold*, 1995.

## CURRICULUM VITAE
## JEROME M. STALLER, Ph.D.

### PAPERS AND PUBLICATIONS

"Debating Damages," Claims magazine, May 1995.

"Value of Life Estimates: Too Imprecise for Courtroom Use," with Brian P. Sullivan and Edward A. Friedman, Journal of Forensic Economics Vol. VII, No. 2 (Spring/Summer 1994).

"How a Court Assessed Recovery for Reduced Life Expectancy," Medical Malpractice Law and Strategy, April 1994.

"Current State of CPLR Articles 50-A, 50-B: Few Answers, New Questions," with Kenneth Mauro, Esq. and Brian P. Sullivan, Ph.D., New York Law Journal, January 27, 1994.

"Hedonic Damages:  Junk Science Goes to Court," Chronicle  of the National Association of Railroad Trial Counsel, September/October 1993.

"Court of Appeals Clarifies Right of Recovery," Maryland Trial Lawyers' Association Trial Reporter, July 1993.

"Faulty Damages Calculations Can Ruin Case," with Bruce J. Klores, Esq. Product Liability Law and Strategy, June  1993.

"Economists Can't Total Life's Value," with Edward A. Friedman, Ph.D., The National Law Journal, March 23, 1992.

"When 'Astronomical' Isn't Enough:  Presenting Future Medical Damages," The Legal Intelligencer, February 11, 1992.

"What Price Life?  Hedonic 'Experts' Claim to Know," with A. Michael Barker, New Jersey Law Journal, February 3, 1992.

"Comment on the Accuracy and Usefulness of Hedonic Loss Estimates," with Brian P. Sullivan, Ph.D., Journal of Forensic Economics, Vol. V, No. 2, Winter 1991.

"Periodic Payment Laws May Not Meet Their Goals," with Kenneth Mauro, Esq., Medical Malpractice Law and Strategy, December 1991.

"Annuitists' Testimony Can be Misleading,"  Medical Malpractice Law and Strategy, November 1991.

## CURRICULUM VITAE
## JEROME M. STALLER, Ph.D.

### PAPERS AND PUBLICATIONS

"Future Care Costs Can be a Significant Part of Damages," Medical Malpractice Law and Strategy, June 1991.

"Lost Earning Capacity: Not So Easy to Calculate," Product Liability Law and Strategy, June 1991.

"The New Damages Landscape: Uncharted Territory," with Kenneth Mauro, Esq. New York Negligence Reporter, March 1991.

"Building a Solid Damages Case in Malpractice Suits," Medical Malpractice Law and Strategy, January 1991.

"Collateral Confusion: Coping with Jury Verdict Offsets," (with Kenneth Mauro) New York Law Journal, December 31, 1990.

"Evaluating Evidence on Annuities," The National Law Journal, December 31, 1990.

"The Confusion Factor: Conflicts In Future Damages Formulas," with Kenneth Mauro, Esq., New York Law Journal, September 21, 1990.
"Testimony From Oz: 'Hedonic' Damages in Personal Injury," For the Defense, August 1990.

"Plaintiffs Get More Leverage in Race Discrimination Suits," with Brian P. Sullivan, Ph.D., The Pennsylvania Law Journal-Reporter, April 16, 1990.

"Lost Income of Entrepreneurs: Determining Passive Income," The Pennsylvania Law Journal-Reporter, December 11, 1989.

"Placing a Value on the Enjoyment of Life," For the Defense, June 1989

"What Are the Chances: Risks, Odds and Likelihood in Everyday Life," with Bernard Siskin, Ph.D. Crown Publishing, 1989.

"Court Clarifies Role of Fixed Costs in Damages," The Legal Intelligencer, April 26, 1989.

"Inside the Jury Room in the Jessica Savitch Case," The Legal Intelligencer, January 23, 1989.

"Weigh Fixed Costs When Evaluating Sole Proprietors," The Legal Intelligencer, December 12, 1988.

# CURRICULUM VITAE
## JEROME M. STALLER, Ph.D.

### PAPERS AND PUBLICATIONS

"CAT Needs to be Fixed," with Samuel J. Kursh, Ph.D., Pennsylvania Law Journal-Reporter, November 24, 1986.

"Taking a Hard Look at Soft Fringe Benefits," with Samuel J. Kursh, Ph.D., For the Defense, November 1986.

"Pain and Suffering," New Jersey Law Journal, October 30, 1986.

"Maryland Reform Measure Ignores Litigation Realities," Pennsylvania Law Journal-Reporter, September 22, 1986.

"Fringe Benefit Claims," Pennsylvania Law Journal- Reporter, March 3, 1986.

"Assessing Fringe Benefits in Personal Injury and Wrongful Death Actions," Personal Injury Deskbook Annotated, 1986.

"The Advantages of Alternative Dispute Resolution in Tort Cases," The Practical Lawyer, March 1, 1985.

"Hedonic Damages: How to Assess 'Life's Pleasures'," Pennsylvania Law Journal-Reporter, January 7, 1985.

"Offset Method Falls Short in Fixed-Rate Evaluations," Pennsylvania Law Journal-Reporter, July 18, 1984.

"Backlog Costly for Both Sides," Pennsylvania Law Journal-Reporter, May 14, 1984.

"The Basics of Structured Settlements," The Practical Lawyer, January 15, 1984.

"Structured Settlements," Settlement of Tort Actions, edited by Henry Miller. Matthew Bender and Company, 1983.

"Assessing the Value of a Defined Benefit Pension in Litigation," Pennsylvania Law Journal-Reporter, July 25, 1984

"Calculations of Damages: Supreme Court's Decision in *Jones & Laughlin Steel Corp. v. Pfeifer.*" The Legal Intelligencer, July 1983; The Audio Lawyer, January 1984.

"Losing Money Litigating: The Cost of Backlog," Pennsylvania Law Journal-Reporter, May 1984.

# CURRICULUM VITAE
## JEROME M. STALLER, Ph.D.

### PAPERS AND PUBLICATIONS

"Periodic Payment and Settlement Act of 1983," The Practical Lawyer, June 1983; The Legal Intelligencer, May 1983; The Washington Law Reporter, June 1983; The Audio Lawyer, July 1983.

"Example of an Economic Assessment by an Economist," The Trial Lawyer's Guide, Summer 1983.

"The Attorney's Dilemma: Obtaining a Proper Fee from a Structured Settlement," The Practical Lawyer, 1983.

"Valuation and Distribution of Marital Property," Matthew Bender, 1984.

"Alternative Dispute Resolution and Employment Rights Cases," Paper presented to the Practising Law Institute, 1984.

"An Economist Looks at Kaczkowski v. Bolubasz," Paper presented to the Pennsylvania Trial Lawyers Association, Civil Program Judges, Philadelphia, 1981.

"Economics for the Defense," Paper presented to the National Association of Railroad Trial Counsel, Washington, 1981.

"The Economics of Compensation," Paper presented to the BNA Symposium on Comparable Worth, New York, 1981.

"The Two Heads of OFCCP," with Bernard R. Siskin, proceedings of the 1980 Spring meetings of the Industrial Relations Research Association.

"Impact of the Davis-Bacon Act: A Comment," Policy Analysis, Summer 1979.

"Wage Indexation and Wage Differential," Industrial Relations Research Association's Proceedings of the Thirtieth Annual Winter Meeting, 1977.

"Relative Wages and Escalation," Paper presented before the Industrial Research Association, New York, 1977.

"The Impact of Illegal Aliens on the Labor Market," in the Domestic Task Force Report on Illegal Immigration, 1976.

"The Conflict Between Equity and Stabilization," paper presented before the Atlantic Economic Association, 1975.

"Bargaining: Its Impact on Faculty in Two-Year Public Colleges," National Center for the Study of Collective Bargaining in Higher Education, 1975.

## CURRICULUM VITAE
## JEROME M. STALLER, Ph.D.

### PAPERS AND PUBLICATIONS

"Treatment of Escalators Under Wage and Price Controls," In Wage and Price Controls: The U.S. Experiment. Blain Roberts and John Kraft, editors. Praeger Publishers Inc., New York, with Loren Solnick.

"The Effect of Escalators on Wage Rates in Major Contracts Expiring in 1974," Monthly Labor Review,  with Loren Solnick, July 1974.

"The Use of Escalators in the Public Sector," Paper presented before the Public Sector Labor Relations Conference Board, 1974.

"Project Independence:  Labor Report,"  Government Printing Office, Washington, D.C., 1973.
"The Impact of the Economic Stabilization Program on the Collective Bargaining Process," Paper presented before the Washington Chapter of the Industrial Relations Research Association, 1973, with Ross Azevedo.

"Equity Considerations in the Economic Stabilization Program," Paper presented before the first Conference of the Colloquium for Social Philosophy on Equality, 1973.

"Fringe Benefits in Unionized Community Colleges," 1972, with Robert Paterson.

"The Broad and Columbia Subway Study,"  U.S. Department of Transportation, 1971, with colleagues.

"The State of the Market," Quarterly report to the Automotive Parts and Accessories Trade Publication, with Ross Azevedo.

"Structuring Settlements in Personal Injury Cases:  The Role of the Economist," ALI-ABA Seminar on Litigating  Medical Malpractice Claims, 1981,  Washington, D.C.

"Estimating the Value of a Lawyer," Air and Space  Section of the American Bar Association, 1983.

"Structured Settlements:  An Attorney's Guide," Paper  presented before the Pennsylvania Bar Association seminar Structured Settlements 1983, Pittsburgh and Philadelphia.

CURRICULUM VITAE
## JEROME M. STALLER, Ph.D.

**PRESENTATIONS**

Philadelphia Bar Association. Seminar on damages in medical malpractice actions. April 24, 2002. Philadelphia.

U.S. Department of Justice. Lecture on economic damages in employment matters. March 1, 2002. Newark, New Jersey.

American Bar Association 2001 Midwinter Meeting. Committee on Employee Rights and Responsibilities. "Stock Option Claims in Litigation." March 20, St. Petersburg, Florida.

American Bar Association 1999 Midwinter Meeting. Committee on Employee Rights and Responsibilities. March 25, Stuart, Florida. Faculty member.

Association of the Bar of the City of New York. "Proving Damages in Civil Lawsuits Using Expert Testimony." April 6, 1999, New York. Faculty member.

Maryland State Bar Association Annual Meeting, 1999. "Statistical and Economic Analysis in Employment Matters." June 11, Ocean City, Maryland. Panel member.

**OTHER PROFESSIONAL INTERESTS**

Lecturer in Law, Temple University School of Law.

Fact finder for Pennsylvania and New Jersey under public employee bargaining laws.

Editor, forthcoming text on damages issues litigation, to be published by the American Bar Association's Section of Labor and Employment Law.

Advisory Board Member, BNA Inc. Expert Evidence Report.

Consulting Editor, Law Journal Newsletters Product Liability Law and Strategy.

Consulting Editor, Law Journal Newsletters Medical Malpractice Law and Strategy.

## CURRICULUM VITAE
## JEROME M. STALLER, Ph.D.

### PROFESSIONAL ORGANIZATIONS

Panel member of the American Arbitration Association.

Panel member of the National Center for Dispute Settlement.

American Economic Association

Omicron Delta Epsilon - Economics honor society

Industrial Relations Research Association

American Law and Economics Association