# EXHIBIT "D"

120113.00201/21307996v2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH T. VAIL, | : |
| | : No. 02-CV-2933 |
|     Plaintiff | : |
| | : |
| v. | : |
| | : |
| HARLEYSVILLE GROUP, INC., | : |
| | : JURY TRIAL DEMANDED |
|     Defendant | : Electronically Filed |

## **DEFENDANT HARLEYSVILLE GROUP, INC.'S PROPOSED FORM OF VERDICT**

Defendant Harleysville Group, Inc. ("Harleysville" or "Defendant"), by and through its undersigned counsel, respectfully submits the following proposed Form of Verdict:

1. Did the Plaintiff prove by a preponderance of the evidence that he is an individual with a disability under the Americans with Disabilities Act, or that Defendant regarded him as an individual with a disability under the Americans with Disabilities Act?

    YES ☐      NO ☐

If no, you need proceed no further.  If yes, proceed to the next question.

2. Did the Plaintiff prove by a preponderance of the evidence that disability discrimination was a determining factor in Defendant's decision to terminate his employment?

    YES ☐      NO ☐

If no, you need proceed no further.  If yes, proceed to the next question.

3. Do you find the Plaintiff has proven by a preponderance of the evidence that he suffered economic damages as a result of Defendant's actions?

    YES ☐      NO ☐

If you answered "no," place a "0" in the space below.  If you answered "yes," state the amount in the space below.

    Amount:  $_____

2

    4. Do you find the Plaintiff has proven by a preponderance of the evidence that he suffered compensatory (emotional distress) damages as a result of Defendant's actions?

    YES ☐      NO ☐

If you answered "no," place a "0" in the space below. If you answered "yes," state the amount in the space below.

    Amount: $_____

The foreperson should sign and date this Form of Verdict.

    _____
    FOREPERSON

DATE: _____

Respectfully submitted by:

BLANK ROME LLP

/s/ Anthony B. Haller
Anthony B, Haller, Esquire (PA 37017)
Julie E. Reid, Esquire (PA 89848)
One Logan Square
Philadelphia, PA 19103
(215) 569-5690
(215) 832-5690 (facsimile)

Attorneys for Defendant
Dated: August 30, 2004      Harleysville Group, Inc.

2