<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

KENNETH T. VAIL,                 )
                                 )  Civil Action
          Plaintiff             )  No. 2002-CV-02933
                                 )
     vs.                         )
                                 )
HARLEYSVILLE GROUP, INC.,        )
                                 )
          Defendant             )

<u>O R D E R</u>

NOW, this 30th day of September, 2004, it appearing by letter from counsel for plaintiff dated September 29, 2004 that the issues between plaintiff and defendant have been settled, and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania effective July 1, 1995,

          <u>IT IS ORDERED</u> that this action is dismissed with prejudice, without costs.

          <u>IT IS FURTHER ORDERED</u> that pursuant to Rule 41.1(b) the within dismissal Order "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of" the within Order.

                              BY THE COURT:


                              _____
                              James Knoll Gardner
                              United States District Judge