IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH T. VAIL | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| HARLEYSVILLE GROUP, INC. | : No. 02-02933 |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Kenneth T. Vail, by and through his undersigned attorney, and Defendant Harleysville Group, Inc., by and through its undersigned attorneys, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE in its entirety. The Court shall retain jurisdiction only to enforce Paragraph 4 of the Settlement Agreement and General Release of Claims between the Parties.

Respectfully Submitted,

DONALD P. RUSSO LAW OFFICES

BY: *Donald P. Russo*
Donald P. Russo
117 East Broad Street
P.O. Box 1890
Bethlehem, PA 18016

Telephone (610) 954-8093
Fax (610) 954-8097

Counsel for Plaintiff

Dated: ~~October~~ November 10, 2004

BLANK ROME LLP

BY: *Anthony B. Haller*
Anthony B. Haller
Julie E. Reid
One Logan Square
Philadelphia, PA 19103

Telephone (215) 569-5690
Fax (215) 832-5690

Counsel for Defendant

Dated: ~~October  , 2004~~ November 19, 2004

1

120113.00201/21318853v2