IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH T. VAIL,       : | |
| : | No. 02-CV-2933 |
| Plaintiff       : | |
| : | |
| v.       : | |
| : | |
| HARLEYSVILLE GROUP, INC.,       : | |
| : | JURY TRIAL DEMANDED |
| Defendant       : | Electronically Filed |

**CERTIFICATE OF SERVICE**

I certify that on this date, December 9, 2004, I filed the parties' Stipulation of Dismissal with Prejudice electronically with the Court via the Court's Electronic Case Filing ("ECF") System, and the document is available for viewing and downloading from the ECF System.

Also, I certify that on this date, I served a true and correct copy of the Stipulation upon:

Donald P. Russo, Esquire
117 East Broad Street
P.O. Box 1890
Bethlehem, PA 18016
*Via Federal Express*

Vanessa M. Nenni, Esquire
117 East Broad Street
Bethlehem, PA 18018
*Via first-class prepaid mail*

Mickey K. Thompson, Esquire
Thompson Law Offices
115 East Broad Street
Bethlehem, PA 18018
*Via first-class prepaid mail*

Susan Hutnik, Esquire
720 Washington Street
Easton, PA 18042
*Via first-class prepaid mail*

/s/ Julie E. Reid_____
Anthony B, Haller, Esquire (PA 37017)
Julie E. Reid, Esquire (PA 89848)
One Logan Square
Philadelphia, PA 19103
(215) 569-5690
(215) 832-5690 (facsimile)

Attorneys for Defendant
Harleysville Group, Inc.

120113.00201/21340025v1